PETER C. ANDERSON
United States Trustee
FRANK CADIGAN (State Bar No. 95666)
Asst. U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

Plaza Healthcare Center LLC,

    Debtor and Debtor in Possession.
_____

■ Affects All Debtors
☐ Affects Belmont Heights Healthcare Center LLC
☐ Affects Claremont Healthcare Center Inc.
☐ Affects Country Villa East LP
☐ Affects Country Villa Imperial LLC
☐ Affects Country Villa Nursing Center Inc.
☐ Affects Country Villa Southbay LLC
☐ Affects East Healthcare Center LLC
☐ Affects Los Feliz Healthcare Center LLC
☐ Affects Mountainside Operating Company LLC
☐ Affects North Healthcare Center LLC
☐ Affects North Point Health & Wellness Center LLC
☐ Affects Plaza Convalescent Center LP
☐ Affects Plaza Healthcare Center LLC
☐ Affects RRT Enterprises LP
☐ Affects Sheraton Healthcare Center LLC
☐ Affects South Healthcare Center LLC
☐ Affects Westwood Healthcare Center LLC
☐ Affects Westwood Healthcare Center LP
☐ Affects Wilshire Healthcare Center LLC

    Debtors and Debtors in Possession.

Chapter 11 Cases

Lead Case No.: 8:14-bk-11335-CB

Jointly administered with:
Case No. 8:14-bk-11337-CB
Case No. 8:14-bk-11358-CB
Case No. 8:14-bk-11359-CB
Case No. 8:14-bk-11360-CB
Case No. 8:14-bk-11361-CB
Case No. 8:14-bk-11362-CB
Case No. 8:14-bk-11363-CB
Case No. 8:14-bk-11364-CB
Case No. 8:14-bk-11365-CB
Case No. 8:14-bk-11366-CB
Case No. 8:14-bk-11367-CB
Case No. 8:14-bk-11368-CB
Case No. 8:14-bk-11370-CB
Case No. 8:14-bk-11371-CB
Case No. 8:14-bk-11372-CB
Case No. 8:14-bk-11373-CB
Case No. 8:14-bk-11375-CB
Case No. 8:14-bk-11376-CB

**NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN THE JOINTLY ADMINISTERED CASES**

TO THE HONORABLE CATHERINE BAUER, DEBTORS, DEBTORS' ATTORNEY, AND PARTIES IN INTEREST:

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following seven (7) members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT "A" ATTACHED**

                                                      Respectfully submitted,
                                                      PETER C. ANDERSON,
                                                      UNITED STATES TRUSTEE

DATED:  March 20, 2014                     /s/ Frank M. Cadigan
                                                      By:  Frank M. Cadigan
                                                      Assistant U.S. Trustee

IN RE: PLAZA HEALTHCARE CENTER AND ITS JOINTLY ADMINISTERED CASES

Interface Rehab, Inc.
Jansen Vu
774 S. Placentia Ave.
Placentia, CA 92870
Phone (714) 646-8310
Facsimile – not provided

Modern Health Holdings Inc.
Richard Katz or Denny Kon
110 E. Huntington Drive
Monrovia, CA 91016
Phone (626) 932-1612
Facsimile (626) 386-1478

Healthcare Services Group, Inc.
Raymond Crouse
3220 Tillman Drive
Bensalem, PA 19020
Phone (267) 525-8514
Facsimile (267) 525-8614

McKesson Medical Surgical Minnesota Supply, Inc.
Anna Watkins or Ryan Washburn
One Post Street, 33rd Floor
San Francisco, CA 94104
Phone (800) 328-8111, ext. 56817
Facsimile (763) 595-6878

Sysco Los Angeles, Inc.
Kim Howard
20701 E. Currier Rd.
Walnut, CA 91789
Phone (909) 595-9595 x 2214
Facsimile (909) 348-8027

Sean, Shahin, Homayoon & Sharokh Pakdaman & Dorinda & Amanda Vassigh, heirs of & Successors in interest to Sara Pakdaman, deceased on behalf of Sara Pakdaman, deceased, and on behalf of themselves, and as designated Class Representatives on behalf of a certified class of Country Villa Westwood Residents.
Representative: Sean Pakdaman
c/o Law Offices of Ben Yeroushalmi, APC
9100 Wilshire Blvd., Suite 240 West
Beverly Hills, CA 90212
Phone (818) 632-2601
Facsimile (818) 817-8738

1 | Culver Dairy, Inc. dba Dairy King Milk Farms
2 | Joey Goldstein
  | 11954 Washington Blvd.
3 | Whittier, CA 90606
  | Phone (800) 900-6455
4 | Facsimile (562) 236-2795

EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN THE JOINTLY ADMINISTERED CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **MARCH 20, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


- Michael A Abramson     maalaw@hotmail.com
- Robert D Bass     rbass@greenbass.com
- Ron Bender     rb@lnbyb.com
- Steven Casselberry     scasselberry@mrllp.com, jjacobs@mrllp.com
- Baruch C Cohen     bcc4929@gmail.com, pjstarr@starrparalegals.com
- Marianne M Dickson     MDickson@seyfarth.com, shobrien@seyfarth.com
- Joseph A Eisenberg     jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;as5@jmbm.com
- William L Foreman     wforeman@oca-law.com, laiken@oca-law.com
- Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Mark S Horoupian     mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
- Gerald P Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Monica Y Kim     myk@lnbrb.com
- K Kenneth Kotler     kotler@kenkotler.com
- Mary D Lane     mal@msk.com, mec@msk.com
- Leib M Lerner     leib.lerner@alston.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Christopher E Prince     cprince@lesnickprince.com
- Hanna B Raanan     hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;smcgrath@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com
- Lindsey L Smith     lls@lnbyb.com
- Alan Stomel     alan.stomel@gmail.com, astomel@yahoo.com
- Kelly Sweeney     ksweeney@spiwakandiezza.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:  On **MARCH 20, 2014,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

Plaza Healthcare Center LLC, Attn: Stephen Reissman
1209 Hemlock Way
Santa Ana, CA 92707-3609

SEE ATTACHED EXHIBIT A

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **MARCH 20, 2014,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Catherine Bauer–bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/20/14 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**