RICHARD M. PACHULSKI (CA BAR NO. 90073)
ROBERT B. ORGEL (CA BAR NO. 101875)
SAMUEL R. MAIZEL (CA BAR NO. 189301)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   rpachulski@pszjlaw.com
          rorgel@pszjlaw.com
          smaizel@pszjlaw.com

Attorneys for Shlomo Rechnitz

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>        Debtor and Debtor-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood  Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>        Debtors and Debtors-in-Possession. | Lead Case No.:  8:14-bk-11335-CB<br>(Jointly Administered)<br>Case No. 8:14-bk-11337-CB<br>Case No. 8:14-bk-11358-CB<br>Case No. 8:14-bk-11359-CB<br>Case No. 8:14-bk-11360-CB<br>Case No. 8:14-bk-11361-CB<br>Case No. 8:14-bk-11362-CB<br>Case No. 8:14-bk-11363-CB<br>Case No. 8:14-bk-11364-CB<br>Case No. 8:14-bk-11365-CB<br>Case No. 8:14-bk-11366-CB<br>Case No. 8:14-bk-11367-CB<br>Case No. 8:14-bk-11368-CB<br>Case No. 8:14-bk-11370-CB<br>Case No. 8:14-bk-11371-CB<br>Case No. 8:14-bk-11372-CB<br>Case No. 8:14-bk-11373-CB<br>Case No. 8:14-bk-11375-CB<br>Case No. 8:14-bk-11376-CB<br>Chapter 11 Cases<br><br>**SUBMISSION OF DECLARATION OF SHLOMO RECHNITZ RE PROPOSED LEASE ASSIGNEE CONNECTIONS IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER APPROVING DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED REAL PROPERTY LEASES AND DETERMINING CURE**<br><br>Date:   September 3, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom "5D"<br>        411 West Fourth Street<br>        Santa Ana, CA  92701<br>Judge: Hon. Catherine Bauer |

DOCS_LA:280967.1 73538/001

Shlomo Rechnitz hereby submits his Declaration Re Proposed Lease Assignee Connections in Support of Debtor's Motion for an Order Approving Debtors' Assumption and Assignment of Unexpired Real Property Leases and Determining Cure; it is attached hereto.

Dated: August 27, 2014    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Samuel R. Maizel*
 Richard M. Pachulski
 Robert B. Orgel
 Samuel R. Maizel

 Counsel for Shlomo Rechnitz

DOCS_LA:280967.1 73538/001    2

1  RICHARD M. PACHULSKI (CA BAR NO. 90073)
   ROBERT B. ORGEL (CA BAR NO. 101875)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Boulevard, 13th Floor
3  Los Angeles, CA 90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   E-mail: rpachulski@pszjlaw.com
5          rorgel@pszjlaw.com

6  Attorneys for Shlomo Rechnitz

7             UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
8                  SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>Debtor and Debtor-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>Debtors and Debtors-in-Possession. | Lead Case No.: 8:14-bk-11335-CB<br>(Jointly Administered)<br>Case No. 8:14-bk-11337-CB<br>Case No. 8:14-bk-11358-CB<br>Case No. 8:14-bk-11359-CB<br>Case No. 8:14-bk-11360-CB<br>Case No. 8:14-bk-11361-CB<br>Case No. 8:14-bk-11362-CB<br>Case No. 8:14-bk-11363-CB<br>Case No. 8:14-bk-11364-CB<br>Case No. 8:14-bk-11365-CB<br>Case No. 8:14-bk-11366-CB<br>Case No. 8:14-bk-11367-CB<br>Case No. 8:14-bk-11368-CB<br>Case No. 8:14-bk-11370-CB<br>Case No. 8:14-bk-11371-CB<br>Case No. 8:14-bk-11372-CB<br>Case No. 8:14-bk-11373-CB<br>Case No. 8:14-bk-11375-CB<br>Case No. 8:14-bk-11376-CB<br>Chapter 11 Cases<br><br>**DECLARATION OF SHLOMO RECHNITZ RE PROPOSED LEASE ASSIGNEE CONNECTIONS IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER APPROVING DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED REAL PROPERTY LEASES AND DETERMINING CURE**<br><br>Date: September 3, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom "5D"<br>      411 West Fourth Street<br>      Santa Ana, CA 92701<br>Judge: Hon. Catherine Bauer |

DOCS_LA:280934.1 73538/001

1. I am Shlomo Rechnitz, and I am the principal behind the acquisitions of the Affected Facilities from the above referenced Country Villa bankruptcy cases. I am offering this declaration in support of the *Debtor's Notice of Motion and Motion for an Order Approving Debtors' Assumption and Assignment of Unexpired Real Property Leases and Determining Cure Amounts* (the "Motion") [Docket No. 592], reflecting the Debtors' efforts to assume and assign the Affected Facilities' leases to me or an entity designated by me. Any capitalized terms used herein shall have the meanings set forth in the Motion unless otherwise defined.

2. I have personal knowledge of the facts in this declaration and, if called as a witness, I could and would testify competently thereto.

3. I have more than a decade of top management and investment experience in the healthcare industry. For example, I am the co-founder (with my brother) of TwinMed, LLC, and the President of Brius Management Co. TwinMed distributes medical supplies and solutions throughout the United States to nursing homes and hospitals, and is currently one of the largest medical supply distributors in the nation. Brius and affiliates has grown to employ more than 8,000 individuals throughout the United States and is the largest nursing home provider in the State of California.

4. In addition to my business experience, I presently serve as a member of the Cedars-Sinai Hospital Board of Governors, and am active as a guest lecturer at the Center for Entrepreneurial Studies at Stanford Business School. Over the course of my career, I have received a number of prestigious honors and awards. For example, most recently, I received the Icon Award for Visionary Leadership in Business and Philanthropy from the University of California, Los Angeles.

5. Attached hereto as **Exhibit A** is a list of the Affected Facilities and the proposed new operator for each Affected Facility. Although all the new operators are recently formed corporations, all the entities on the Exhibit listed as "New Operator(s)" are wholly owned or majority owned by me personally. It is my intention that for the foreseeable future I will remain the sole or majority owner of all the New Operators.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct to the best of my knowledge.
3   Dated:   August 27, 2014

_____
Shlomo Rechnitz

# EXHIBIT A

Exhibit A

| Country Villa Name | Tenant | New Operator | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Country Villa Bay Vista Healthcare Center | Bay Vista-Let, LLC | Bay Vista Healthcare & Wellness Centre, LP | 5901 Downey Ave. | Long Beach | CA | 90805 |
| NorthPointe Healthcare Centre | Bullard Heights-Let, LLC | North Point Healthcare & Wellness Centre, LP | 668 E. Bullard Ave. | Fresno | CA | 93710 |
| Country Villa East Nursing Center | East Terrace-Let, LLC | East Terrace Rehabilitation & Wellness Centre, LP | 2415 S. Western Ave. | Los Angeles | CA | 90018 |
| Country Villa Claremont Healthcare Center | Gardenview-Let, LLC | Gardenview Healthcare & Wellness Centre, LP | 590 S. Indian Hill Blvd. | Claremont | CA | 91711 |
| Country Villa Healthcare | Hacienda Heights-Let, LLC | Hacienda Heights Healthcare & Wellness Centre, LP | 1311 E. Date St. | San Bernardino | CA | 92404 |
| Country Villa Los Feliz Nursing Center | Los Feliz-Let, LLC | Los Feliz Healthcare & Wellness Centre, LP | 3002 Rowena Ave. | Los Angeles | CA | 90039 |
| Country Villa Rehabilitation Center | MacArthur Park-Let, LLC | Los Angeles Rehabilitation & Wellness Centre, LP | 340 S. Alvarado St. | Los Angeles | CA | 90057 |
| Country Villa Mar Vista Nursing Center | Mar Vista-Let, LLC | Mar Vista Country Villa Healthcare & Wellness Centre, LP | 3966 Marcasel Ave. | Los Angeles | CA | 90066 |
| Country Villa Sheraton Nursing & Rehab. Center | North Hills-Let, LLC | North Hills Healthcare & Wellness Centre, LP | 9655 Sepulveda Blvd. | Los Angeles | CA | 91343 |
| Country Villa North Convalescent Center | North Palms-Let, LLC | North Palms Rehabilitation & Wellness Centre, LP | 3233 W. Pico Blvd. | Los Angeles | CA | 90019 |
| Healthcare Center of Bella Vista | Ontario Grove-Let, LLC | Ontario Grove Healthcare & Wellness Centre, LP | 933 E. Deodar St. | Ontario | CA | 91764 |
| Country Villa South Convalescent Center | Overland Terrace-Let, LLC | Overland Terrace Healthcare & Wellness Centre, LP | 3515 Overland Ave. | Los Angeles | CA | 90034 |
| Country Villa Plaza Convalescent Center | Santa Ana-Let, LLC | Santa Ana Healthcare & Wellness Centre, LP | 1209 Hemlock Way | Santa Ana | CA | 92707 |
| Country Villa Wilshire Convalescent Center | West Hollywood-Let, LLC | West Hollywood Healthcare & Wellness Centre, LP | 855 N. Fairfax Ave. | Los Angeles | CA | 90046 |
| Country Villa Westwood Convalescent Center | Westwood-Let, LLC | Westwood Healthcare & Wellness Centre, LP | 12121 Santa Monica Blvd. | Los Angeles | CA | 90025 |
| Country Villa Belmont Heights Healthcare Center | Grand Avenue-Let, LLC | Grand Avenue Healthcare & Wellness Centre, LP | 1730 Grand Ave. | Long Beach | CA | 90804 |
| Country Villa Pavilion Nursing Center | Pavilion-Let, LLC | Pavilion on Pico Healthcre & Wellness Centre, LP | 5916 W. Pico Blvd. | Los Angeles | CA | 90035 |
| Country Villa Terrace Nursing Center | West Pico Terrace-Let, LLC | West Pico Terrace Healthcare & Wellness Centre, LP | 6070 W. Pico Blvd. | Los Angeles | CA | 90035 |
| Country Villa Terrace Assisted Living Center | West Pico Terrace-Let, LLC | West Pico Terrace Assisted Living Center, LP | 6050 W. Pico Blvd. | Los Angeles | CA | 90035 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SUBMISSION OF DECLARATION OF SHLOMO RECHNITZ RE PROPOSED LEASE ASSIGNEE CONNECTIONS IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER APPROVING DEBTORS' ASSUMPTION AND ASSIGNMENT OF UNEXPIRED REAL PROPERTY LEASES AND DETERMINING CURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 27, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 27, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Hon. Catherine E. Bauer
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2014 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Mailing Information for Case 8:14-bk-11335-CB

- *Michael A Abramson    maa@abramsonlawgroup.com*
- *Russell S Balisok    balisok@stopelderabuse.org*
- *Robert D Bass    rbass@greenbass.com*
- *Ron Bender    rb@lnbyb.com*
- *Richard S Berger    rberger@lgbfirm.com, marizaga@lgbfirm.com;ncereseto@lgbfirm.com;msutton@lgbfirm.com*
- *Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net*
- *Matthew Borden    borden@braunhagey.com, fair@braunhagey.com*
- *Michael J Bujold    Michael.J.Bujold@usdoj.gov*
- *Steven Casselberry    scasselberry@mrllp.com, jjacobs@mrllp.com*
- *Cheryl S Chang    Chang@Blankrome.com, Lalocke@Blankrome.com;RMerten@Blankrome.com*
- *Baruch C Cohen    bcc4929@gmail.com, pjstarr@starrparalegals.com*
- *Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com*
- *Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com*
- *Caroline Djang    cdjang@rutan.com*
- *Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com*
- *Andy J Epstein    taxcpaesq@gmail.com*
- *Fahim Farivar    lawyercpa@gmail.com*
- *William L Foreman    wforeman@oca-law.com, laiken@oca-law.com*
- *Eric J Fromme    ejf@jmbm.com, lo2@jmbm.com*
- *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Fredric Glass    fglass@fairharborcapital.com*
- *Christina Goebelsmann    cgoebelsmann@wargofrench.com*
- *Matthew A Gold    courts@argopartners.net*
- *Nancy S Goldenberg    nancy.goldenberg@usdoj.gov*
- *D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com*
- *Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com*
- *Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com*
- *David I Katzen    katzen@ksfirm.com, schuricht@ksfirm.com*
- *Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com*
- *Monica Y Kim    myk@lnbrb.com*
- *K Kenneth Kotler    kotler@kenkotler.com, zoe@kenkotler.com*
- *Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com*
- *Mary D Lane    mal@msk.com, mec@msk.com*
- *Leib M Lerner    leib.lerner@alston.com*
- *Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov*
- *Howard S Levine    howard@cypressllp.com, jennifer@cypressllp.com*
- *Elizabeth A Lossing    elizabeth.lossing@usdoj.gov*
- *Craig G Margulies    craig@marguliesfaithlaw.com, staci@marguliesfaithlaw.com;mhillel@marguliesfaithlaw.com;fahim@marguliesfaithlaw.com*
- *Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com*
- *Krikor J Meshefejian    kjm@lnbrb.com*
- *Kenneth Miller    kmiller@ecjlaw.com, kanthony@ecjlaw.com*
- *Benjamin Nachimson    ben.nachimson@wgfllp.com*
- *Tara L Newman    tara.newman@doj.ca.gov*
- *Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com*
- *Christopher E Prince    cprince@lesnickprince.com*
- *Hanna B Raanan    hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;sshepard@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com*
- *Hamid R Rafatjoo    hrafatjoo@venable.com, kfox2@venable.com;bclark@venable.com*
- *Kurt Ramlo    kr@lnbyb.com*
- *Brett Ramsaur    bramsaur@swlaw.com, kcollins@swlaw.com*
- *Paul R Shankman    pshankman@jhindslaw.com*
- *Lindsey L Smith    lls@lnbyb.com*
- *Adam D Stein-Sapir    info@pfllc.com*
- *Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com*
- *Kelly Sweeney    ksweeney@spiwakandiezza.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*
- *Jeanne C Wanlass    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com*
- *Joshua D Wayser    joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com*
- *Andrew F Whatnall    awhatnall@daca4.com*
- *Elisa B Wolfe-Donato    Elisa.Wolfe@doj.ca.gov*
- *Jennifer C Wong    bknotice@mccarthyholthus.com*
- *David Wood    dwood@marshackhays.com, ecfmarshackhays@gmail.com*
- *Benyahou Yeroushalmi    ben@yeroushalmilaw.com*
- *Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com*