| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Robert B. Orgel (CA Bar No. 101875)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone:  (310) 277-6910<br>Facsimile:  (310) 201-0760<br>Email:  rpachulski@pszjlaw.com<br>           rorgel@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Shlomo Rechnitz | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Plaza Healthcare Center LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:14-bk-11335-CB<br>      [jointly administered]<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motions*[1]):<br><br>***EMERGENCY MOTION TO DISQUALIFY STALKING HORSE PARTIES FROM (1) INTERIM MANAGEMENT OF DEBTORS' FACILITIES, AND (2) PURCHASING DEBTORS' FACILITIES OR ASSETS*** |
|---|---|

PLEASE TAKE NOTE that the order titled ***ORDER DENYING EMERGENCY MOTION TO DISQUALIFY STALKING HORSE PARTIES FROM (1) INTERIM MANAGEMENT OF DEBTORS' FACILITIES, AND (2) PURCHASING DEBTORS' FACILITIES OR ASSETS*** was lodged on (*date*) September 2,, 2014 and is attached.  This order relates to the motion which is docket number **631.**

---

[1]  Please abbreviate if title cannot fit into text field.

# EXHIBIT A

RICHARD M. PACHULSKI (Cal. Bar No. 90073)
ROBERT B. ORGEL (Cal. Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: rpachulski@pszjlaw.com
         rorgel@pszjlaw.com

Attorneys for Shlomo Rechnitz

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>    Debtor and Debtor-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood  Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>    Debtors and Debtors-in-Possession. | Lead Case No.: 8:14-bk-11335-CB<br>(Jointly Administered)<br>Case No. 8:14-bk-11337-CB<br>Case No. 8:14-bk-11358-CB<br>Case No. 8:14-bk-11359-CB<br>Case No. 8:14-bk-11360-CB<br>Case No. 8:14-bk-11361-CB<br>Case No. 8:14-bk-11362-CB<br>Case No. 8:14-bk-11363-CB<br>Case No. 8:14-bk-11364-CB<br>Case No. 8:14-bk-11365-CB<br>Case No. 8:14-bk-11366-CB<br>Case No. 8:14-bk-11367-CB<br>Case No. 8:14-bk-11368-CB<br>Case No. 8:14-bk-11370-CB<br>Case No. 8:14-bk-11371-CB<br>Case No. 8:14-bk-11372-CB<br>Case No. 8:14-bk-11373-CB<br>Case No. 8:14-bk-11375-CB<br>Case No. 8:14-bk-11376-CB<br>Chapter 11 Cases<br><br>**ORDER DENYING EMERGENCY MOTION TO DISQUALIFY STALKING HORSE PARTIES FROM (1) INTERIM MANAGEMENT OF DEBTORS' FACILITIES, AND (2) PURCHASING DEBTORS' FACILITIES OR ASSETS**<br><br>Date: August 29, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 5D<br>       411 West Fourth Street<br>       Santa Ana, CA 92701<br>Judge: Hon. Catherine Bauer |

DOCS_LA:281045.4 73538/001

The above-captioned matter came before the Court on August 29, 2014 on the *Emergency Motion to Disqualify Stalking Horse Parties From (1) Interim Management of Debtors' Facilities, and (2) Purchasing Debtors' Facilities or Assets* (the "Motion") filed by the California Department of Health Care Services ("DHCS") and the California Department of Public Health ("CDPH" and, together with DHCS, the "State"). Appearances were made as reflected in the record.

Having considered the Motion, the oppositions to the Motion filed by the Debtors and by Shlomo Rechnitz ("Rechnitz" or, with his designees, the "Stalking Horse Parties"), the record in these cases and the evidence and arguments submitted at the hearing, the consent of the parties to the order (attached hereto), and for the reasons stated on the record,

**THE COURT HEREBY ORDERS** as follows:

1. The Motion is **DENIED**.

2. The Court specifically finds that there is no admissible evidence in support of the allegations in the Motion of (i) any history or pattern of violations of state or federal regulations by Rechnitz, (ii) any quality of care issues at any facilities owned by Rechnitz or the Stalking Horse Parties, (iii) any prospective impairment of the ability of Rechnitz or the Stalking Horse Parties to operate the Debtors' facilities, (iv) any issue concerning the financial wherewithal of Rechnitz and the Stalking Horse Parties, or (v) any acts evincing bad character on the part of Rechnitz or the Stalking Horse Parties. There being no factual basis for such allegations, all such allegations in the Motion are stricken.

3. To the extent that any statements in the declarations of Jean Iacino and Bob Sands in support of the Motion relate to or purport to support the allegations that are stricken, such statements are made without personal knowledge, constitute inadmissible hearsay or are otherwise inadmissible, and such statements are also stricken.

4. During the term of the Interim Management Agreement (the "IMA"), receipts of the facilities managed under the IMA ("IMA Facilities") shall be segregated from receipts collected in respect of any other facilities, including any other facilities owned or operated by Rechnitz or the Stalking Horse Parties, and shall not be commingled with any other legal entities' funds (provided

2

DOCS_LA:281045.4 73538/001

that in the event that, on a cash flow basis, collections from the IMA Facilities are insufficient to pay expenses of the IMA Facilities, Rechnitz and the Stalking Horse Parties may advance such expenses and be reimbursed from receipts of the IMA Facilities).

###

3

DOCS_LA:281045.4 73538/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 2, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 2, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Delivery
Hon. Catherine E. Bauer
United States Bankruptcy Court
411 West Fourth Street
Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2014 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Mailing Information for Case 8:14-bk-11335-CB

- *Michael A Abramson    maa@abramsonlawgroup.com*
- *Russell S Balisok    balisok@stopelderabuse.org*
- *Robert D Bass    rbass@greenbass.com*
- *Ron Bender    rb@lnbyb.com*
- *Richard S Berger    rberger@lgbfirm.com, marizaga@lgbfirm.com;ncereseto@lgbfirm.com;msutton@lgbfirm.com*
- *Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net*
- *Matthew Borden    borden@braunhagey.com, fair@braunhagey.com*
- *Michael J Bujold    Michael.J.Bujold@usdoj.gov*
- *Steven Casselberry    scasselberry@mrllp.com, jjacobs@mrllp.com*
- *Cheryl S Chang    Chang@Blankrome.com, Lalocke@Blankrome.com;RMerten@Blankrome.com*
- *Baruch C Cohen    bcc4929@gmail.com, pjstarr@starrparalegals.com*
- *Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com*
- *Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com*
- *Caroline Djang    cdjang@rutan.com*
- *Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com*
- *Andy J Epstein    taxcpaesq@gmail.com*
- *Fahim Farivar    lawyercpa@gmail.com*
- *William L Foreman    wforeman@oca-law.com, laiken@oca-law.com*
- *Eric J Fromme    ejf@jmbm.com, lo2@jmbm.com*
- *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Fredric Glass    fglass@fairharborcapital.com*
- *Christina Goebelsmann    cgoebelsmann@wargofrench.com*
- *Matthew A Gold    courts@argopartners.net*
- *Nancy S Goldenberg    nancy.goldenberg@usdoj.gov*
- *D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com*
- *Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com*
- *Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com*
- *David I Katzen    katzen@ksfirm.com, schuricht@ksfirm.com*
- *Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com*
- *Monica Y Kim    myk@lnbrb.com*
- *K Kenneth Kotler    kotler@kenkotler.com, zoe@kenkotler.com*
- *Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com*
- *Mary D Lane    mal@msk.com, mec@msk.com*
- *Leib M Lerner    leib.lerner@alston.com*
- *Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov*
- *Howard S Levine    howard@cypressllp.com, jennifer@cypressllp.com*
- *Elizabeth A Lossing    elizabeth.lossing@usdoj.gov*
- *Craig G Margulies    craig@marguliesfaithlaw.com, staci@marguliesfaithlaw.com;mhillel@marguliesfaithlaw.com;fahim@marguliesfaithlaw.com*
- *Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com*
- *Krikor J Meshefejian    kjm@lnbrb.com*
- *Kenneth Miller    kmiller@ecjlaw.com, kanthony@ecjlaw.com*
- *Benjamin Nachimson    ben.nachimson@wgfllp.com*
- *Tara L Newman    tara.newman@doj.ca.gov*
- *Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com*
- *Christopher E Prince    cprince@lesnickprince.com*
- *Hanna B Raanan    hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;sshepard@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com*
- *Hamid R Rafatjoo    hrafatjoo@venable.com, kfox2@venable.com;bclark@venable.com*
- *Kurt Ramlo    kr@lnbyb.com*
- *Brett Ramsaur    bramsaur@swlaw.com, kcollins@swlaw.com*
- *Paul R Shankman    pshankman@jhindslaw.com*
- *Lindsey L Smith    lls@lnbyb.com*
- *Adam D Stein-Sapir    info@pfllc.com*
- *Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com*
- *Kelly Sweeney    ksweeney@spiwakandiezza.com*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*
- *Jeanne C Wanlass    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com*
- *Joshua D Wayser    joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com*
- *Andrew F Whatnall    awhatnall@daca4.com*
- *Elisa B Wolfe-Donato    Elisa.Wolfe@doj.ca.gov*
- *Jennifer C Wong    bknotice@mccarthyholthus.com*
- *David Wood    dwood@marshackhays.com, ecfmarshackhays@gmail.com*
- *Benyahou Yeroushalmi    ben@yeroushalmilaw.com*
- *Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com*