RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com;
kjm@lnbyb.com; lls@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(SANTA ANA DIVISION)**

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>Debtor and Debtor in Possession.<br>______________________________<br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>Debtors and Debtors in Possession. | Lead Case No.: 8:14-bk-11335-CB<br>Jointly administered with:<br>Case No. 8:14-bk-11337-CB<br>Case No. 8:14-bk-11358-CB<br>Case No. 8:14-bk-11359-CB<br>Case No. 8:14-bk-11360-CB<br>Case No. 8:14-bk-11361-CB<br>Case No. 8:14-bk-11362-CB<br>Case No. 8:14-bk-11363-CB<br>Case No. 8:14-bk-11364-CB<br>Case No. 8:14-bk-11365-CB<br>Case No. 8:14-bk-11366-CB<br>Case No. 8:14-bk-11367-CB<br>Case No. 8:14-bk-11368-CB<br>Case No. 8:14-bk-11370-CB<br>Case No. 8:14-bk-11371-CB<br>Case No. 8:14-bk-11372-CB<br>Case No. 8:14-bk-11373-CB<br>Case No. 8:14-bk-11375-CB<br>Case No. 8:14-bk-11376-CB<br>Chapter 11 Cases<br><br>**STIPULATION RESOLVING DISPUTED CLAIMS FILED BY PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**<br><br>[No Hearing or Court Order Required] |

This Stipulation is hereby entered into by and between the above-referenced Chapter 11 Debtors and Debtors-in-Possession (collectively, the "Debtors"), by and through their counsel of record, and creditor Procopio, Cory, Hargreaves & Savitch LLP ("Creditor") with respect to the following:

A. The Debtors filed voluntary petitions under chapter 11 of the Bankruptcy Code on March 4 and March 5, 2014.

B. The Debtors were previously engaged in the business of owning and operating skilled nursing facilities in Southern California.

C. On June 30, 2014, Creditor filed the following claim(s) against one or more of the Debtors (the "Creditor Claim(s)"):

- Claim Number 28 filed against Debtor Belmont Heights Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 37 filed against Debtor Claremont Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 42 filed against Debtor Country Villa East LP asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 22 filed against Debtor Country Villa Imperial LLC asserting a general unsecured claim in the amount of $752,725.05.
- Claim Number 32 filed against Debtor Plaza Convalescent Center LP asserting a general unsecured claim in the amount of 688,687.77.
- Claim Number 27 filed against Debtor East Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 85 filed against Debtor Plaza Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.

- Claim Number 17 filed against Debtor Sheraton Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 16 filed against Debtor Westwood Healthcare Center LP asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 37 filed against Debtor Country Villa Nursing Center Inc. asserting a general unsecured claim in the amount of $845,301.78.
- Claim Number 27 filed against Debtor Los Feliz Healthcare Center LLC asserting a general unsecured claim in the amount of $752,725.05.
- Claim Number 28 filed against Debtor Mountainside Operating Company LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 32 filed against Debtor North Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 29 filed against Debtor RRT Enterprises LP asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 33 filed against Debtor South Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 41 filed against Debtor Country Villa Southbay LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 31 filed against Debtor Westwood Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.
- Claim Number 29 filed against Debtor Wilshire Healthcare Center LLC asserting a general unsecured claim in the amount of $688,687.77.

D. The Debtors have consummated a sale of substantially all of their assets, which sale closed on October 31, 2014.

E. The Bankruptcy Court has authorized the Debtors to pay out of the sale proceeds 60% of the amount of the Creditor Claim(s) as computed by the Debtors on a consolidated basis (the "Debtors' Claim Amount") provided that acceptance by the Creditor of this payment of 60% of the Debtors' Claim Amount will result in the Creditor agreeing or being deemed to agree that the only remaining pre-petition claim of the Creditor will be (i) a non-priority, general unsecured claim in the amount of the remaining 40% of the Debtors' Claim Amount, (ii) any Section 503(b)(9) administrative priority claim held by the Creditor which had not yet been paid, (iii) any damage claim held by the Creditor resulting from the Debtors' rejection of an executory contract to which the Creditor is a party, and (iv) any post-petition interest that the Creditor may be entitled to on the Debtors' Claim Amount if these estates ultimately prove to be solvent, surplus estates.

F. The Debtors' Claim Amount for the Creditor Claim(s) is $845,301.78.

NOW THEREFORE, CREDITOR AND THE DEBTORS HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Debtors and Creditor agree that the Creditor Claim(s) shall be deemed to constitute an allowed, non-priority general unsecured claim in the amount of $845,301.78 against the Debtors' bankruptcy estates computed on a consolidated basis.

2. Following the execution of this Stipulation by Creditor, the Debtors shall make a payment to Creditor in the amount of 60% of the amount of the Creditor Claim(s) (which will be in the amount of $507,181.06).

3. Following Creditor's receipt of this payment of $507,181.06 from the Debtors, Creditor agrees that the only remaining pre-petition claim of the Creditor will be (i) a non-priority, general unsecured claim in the amount of $338,120.72, and (ii) any post-petition interest

that the Creditor may be entitled to on the Creditor Claim(s) if these estates ultimately prove to be solvent, surplus estates.

4. Creditor understands that the Debtors and the "AG Parties"[1] are parties to a Settlement Agreement and Mutual Release which, among other things, provides for the AG Parties to pay to Creditor 15% of the Creditor Claim(s). Creditor hereby assigns to the Debtors and their bankruptcy estates all rights to receive this 15% payment from the AG Parties, and Creditor hereby waives any rights to receipt of all or any portion of this 15% payment from the AG Parties.

5. The person who is signing this Stipulation on behalf of Creditor represents and acknowledges that (i) he/she has the authority to sign this Stipulation on behalf of Creditor and to bind Creditor to all of its terms, (ii) Creditor has not sold or assigned all or any portion of the Creditor Claim(s) and is the holder of the Creditor Claim(s) as of the date of this Stipulation, and (iii) if Creditor subsequently elects to sell or assign all or any portion of the Creditor Claim(s) to a third party, Creditor will advise such third party of the existence and terms of this Stipulation and advise such third party that the third party, and any subsequent holder or assignee of all or any portion of the Creditor Claim(s) will be bound to the terms of this Stipulation.

6. By executing this Stipulation, Creditor agrees that the Creditor Claim(s) shall automatically and permanently be deemed reduced to the Debtors' Claim Amount computed on a

---

[1] The "AG Parties" refers to The Arba Group, Inc., AG Facilities Operations, LLC, Crescent Facilities Operations, LLC, CF Auburn, LLC, CF Modesto, LLC, CF San Rafael, LLC, CF Merced La Sierra, LLC, CF Madera, LLC, CF Merced, LLC, CF Merced Behavioral, LLC, CF Quincy, LLC, CF Susanville, LLC, CF Watsonville East, LLC, CF Watsonville West, LLC, BVCV Operating Company, LLC, Glendale CV Operating Company, LLC, United Convalescent Facilities, Inc., AG Arcadia, LLC, AG Lynwood, LLC, AG San Gabriel, LLC, AG Monrovia, LLC, AG La Mesa, LLC, AG Redlands, LLC, AG West Covina, LLC, AG Seal Beach, LLC, AG Laguna Hills, LLC, Riverside Sanitarium, LLC, AG Rancho Mirage, LLC, and AG Murrieta SNF, LLC, collectively.

consolidated basis without the need for the Debtors to file any objection to the Creditor Claim(s) or any other pleading or document with the Court.

7. Following the execution of this Stipulation by the Creditor, the Debtors will file this Stipulation with the Court.

Agreed:

Dated: April 14, 2015

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

*/s/ Ron Bender*
By: Ron Bender
Attorneys for Chapter 11 Debtors and Debtors in Possession

Agreed:

Dated: April 14, 2015

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: Gerald P. Kennedy
Its: Partner of Procopio, Cory, Hargreaves & Savitch LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled STIPULATION RESOLVING DISPUTED CLAIMS FILED BY PROCOPIO, CORY, HARGREAVES & SAVITCH LLP will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Michael A Abramson** maa@abramsonlawgroup.com
- **Russell S Balisok** balisok@stopelderabuse.org
- **Robert D Bass** rbass@greenbass.com
- **Ron Bender** rb@lnbyb.com
- **Richard S Berger** rberger@lgbfirm.com, marizaga@lgbfirm.com;ncereseto@lgbfirm.com;cboyias@lgbfirm.com
- **Manuel A Boigues** bankruptcycourtnotices@unioncounsel.net
- **Matthew Borden** borden@braunhagey.com, fair@braunhagey.com
- **Michael J Bujold** Michael.J.Bujold@usdoj.gov
- **Steven Casselberry** s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **Cheryl S Chang** Chang@Blankrome.com, Lalocke@Blankrome.com
- **Baruch C Cohen** bcc4929@gmail.com, pjstarr@starrparalegals.com
- **Michael T Delaney** mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
- **Marianne M Dickson** MDickson@seyfarth.com, shobrien@seyfarth.com
- **Caroline Djang** cdjang@rutan.com
- **Joseph A Eisenberg** jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- **Andrew L Ellis** Aellis@alelaw.com, sbarajas@alelaw.com
- **Andy J Epstein** taxcpaesq@gmail.com
- **Fahim Farivar** ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- **Scott D Fink** brodellecf@weltman.com
- **William L Foreman** wforeman@oca-law.com, laiken@oca-law.com
- **Eric J Fromme** ejf@jmbm.com, lo2@jmbm.com
- **Maryann P Gallagher** mail@mpg-law.com
- **Jeffrey K Garfinkle** jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Beth Gaschen** bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- **Fredric Glass** fglass@fairharborcapital.com
- **Christina Goebelsmann** cgoebelsmann@wargofrench.com
- **Matthew A Gold** courts@argopartners.net
- **Nancy S Goldenberg** nancy.goldenberg@usdoj.gov
- **Michelle S Grimberg** msg@lnbrb.com, angela@lnbrb.com
- **D Edward Hays** ehays@marshackhays.com, ecfmarshackhays@gmail.com
- **Mark S Horoupian** mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
- **Steven J Kahn** skahn@pszyjw.com
- **Ivan L Kallick** ikallick@manatt.com, ihernandez@manatt.com

- **David I Katzen** katzen@ksfirm.com, schuricht@ksfirm.com
- **Gerald P Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Payam Khodadadi** pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Monica Y Kim** myk@lnbrb.com
- **K Kenneth Kotler** kotler@kenkotler.com, zoe@kenkotler.com
- **Ian Landsberg** ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- **Mary D Lane** mal@msk.com, mec@msk.com
- **Malinda Lee** malinda.lee@doj.ca.gov
- **Leib M Lerner** leib.lerner@alston.com
- **Elan S Levey** elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Howard S Levine** howard@cypressllp.com, jennifer@cypressllp.com
- **Elizabeth A Lossing** elizabeth.lossing@usdoj.gov
- **Samuel R Maizel** smaizel@pszjlaw.com, smaizel@pszjlaw.com
- **Craig G Margulies** craig@marguliesfaithlaw.com, victoria@marguliesfaithlaw.com
- **Ashley M McDow** amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- **Krikor J Meshefejian** kjm@lnbrb.com
- **Jessica Mickelsen** jessica.mickelsen@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- **Kenneth Miller** kmiller@ecjlaw.com, kanthony@ecjlaw.com
- **Benjamin Nachimson** ben.nachimson@wgfllp.com
- **Tara L Newman** tara.newman@doj.ca.gov
- **Robert B Orgel** rorgel@pszjlaw.com, rorgel@pszjlaw.com
- **Robert J Pfister** rpfister@ktbslaw.com
- **Christopher E Prince** cprince@lesnickprince.com
- **Hanna B Raanan** hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;sshepard@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com
- **Hamid R Rafatjoo** hrafatjoo@venable.com, kfox2@venable.com;bclark@venable.com
- **Kurt Ramlo** kr@lnbyb.com
- **Brett Ramsaur** bramsaur@swlaw.com, kcollins@swlaw.com
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Jeremy V Richards** jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Paul R Shankman** pshankman@jhindslaw.com
- **David B Shemano** dshemano@robinskaplan.com
- **Lindsey L Smith** lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Michael G Spector** mgspector@aol.com, ljdalley@aol.com
- **Adam D Stein-Sapir** info@pfllc.com
- **Alan Stomel** alan.stomel@gmail.com, astomel@yahoo.com
- **Kelly Sweeney** ksweeney@spiwakandiezza.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Kenneth K Wang** kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Jeanne C Wanlass** jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Joshua D Wayser** joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com
- **Andrew F Whatnall** awhatnall@daca4.com
- **David J Williams** dwilliams@mrllp.com, creyes@mrllp.com
- **Elisa B Wolfe-Donato** Elisa.Wolfe@doj.ca.gov
- **Jennifer C Wong** bknotice@mccarthyholthus.com
- **David Wood** dwood@marshackhays.com, ecfmarshackhays@gmail.com
- **Benyahou Yeroushalmi** ben@yeroushalmilaw.com
- **Beth Ann R Young** bry@lnbyb.com

- **Kristin A Zilberstein** bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

**2. SERVED BY UNITED STATES MAIL**: On **April 23, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers Copy
The Honorable Catherine E. Bauer
United States Bankruptcy Court
411 West Fourth Street, Chambers 5165
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 23, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2015 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |