```
 1  Howard S. Levine, SBN 137009
    howard@cypressllp.com
 2  Tania Moyron, SBN 235736
    tania@cypressllp.com
 3  CYPRESS LLP
 4  11111 Santa Monica Blvd., Ste. 500
    Los Angeles, CA 90025
 5  Telephone: 424-901-0123
    Facsimile: 424-750-5100
 6
 7  Counsel for AG Facilities Operations, LLC
```

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## (SANTA ANA DIVISION)

| | |
|---|---|
| In re<br><br>Plaza Healthcare Center LLC,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center, LLC<br>☐ Affects Claremont Healthcare Center, Inc.<br>☐ Affects Country Villa East, LP<br>☐ Affects Country Villa Imperial, LLC<br>☐ Affects County Villa Nursing Center, Inc<br>☐ Affects Country Villa Southbay, LLC<br>☐ Affects East Healthcare Center, LLC<br>☐ Affects Los Feliz Healthcare Center, LLC<br>☐ Affects Mountainside Operating Company, LLC<br>☐ Affects North Pont Health & Wellness Center, LLC<br>☐ Affects Plaza Convalescent Center, LP<br>☐ Affects Plaza Healthcare Center, LP<br>☐ Affects RRT Enterprises, LP<br>☐ Affects Sheraton Healthcare Center, LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center, LLC<br>☐ Affects Westwood Healthcare Center, LP<br>☐ Affects Wilshire Healthcare Center, LLC | Lead Case No. 8:14-bk-11335-CB<br>*Jointly Administered With:*<br>Case No. 8:14-bk-11337-CB<br>Case No. 8:14-bk-11358-CB<br>Case No. 8:14-bk-11359-CB<br>Case No. 8:14-bk-11360-CB<br>Case No. 8:14-bk-11361-CB<br>Case No. 8:14-bk-11362-CB<br>Case No. 8:14-bk-11363-CB<br>Case No. 8:14-bk-11364-CB<br>Case No. 8:14-bk-11365-CB<br>Case No. 8:14-bk-11366-CB<br>Case No. 8:14-bk-11367-CB<br>Case No. 8:14-bk-11368-CB<br>Case No. 8:14-bk-11370-CB<br>Case No. 8:14-bk-11371-CB<br>Case No. 8:14-bk-11372-CB<br>Case No. 8:14-bk-11373-CB<br>Case No. 8:14-bk-11375-CB<br>Case No. 8:14-bk-11376-CB<br><br>**WITHDRAWAL OF PROOFS OF CLAIM FILED ON BEHALF OF AG FACILITIES OPERATIONS, LLC, AND ITS AFFILIATES** |

The undersigned, on behalf of AG Facilities Operations, LLC, and its affiliates, hereby withdraws the proofs of claim identified below and authorizes the Clerk of this Court to reflect this withdrawal on the official claims register for each of the above-referenced cases.

| Name | Case No. | Amount | Claim No. |
|---|---|---|---|
| Belmont Height Healthcare Center LLC | 14-11358 | Unknown | 18-1 and 18-2 |
| Belmont Height Healthcare Center LLC | 14-11358 | $6,251,440.62 | 19-1 |
| Claremont Healthcare Center Inc. | 14-11375 | Unknown | 23-1 and 23-2 |
| Claremont Healthcare Center Inc. | 14-11375 | $6,251,440.62 | 24-1 |
| Country Villa East LP | 14-11371 | $6,251,440.62 | 29-1 |
| Country Villa East LP | 14-11371 | Unknown | 30-1 and 30-2 |
| Country Villa Imperial LLC | 14-11370 | Unknown | 13-1 and 13-2 |
| Country Villa Imperial LLC | 14-11370 | $6,251,440.62 | 14-1 |
| County Villa Nursing Center Inc. | 14-11364 | $6,251,440.62 | 23-1 |
| County Villa Nursing Center Inc. | 14-11364 | Unknown | 24-1 and 24-2 |
| Country Villa Southbay LLC | 14-11360 | Unknown | 23-1 and 23-2 |
| Country Villa Southbay LLC | 14-11360 | $6,251,440.62 | 24-1 |
| East Healthcare Center LLC | 14-11372 | $6,251,440.62 | 18-1 |
| East Healthcare Center LLC | 14-11372 | Unknown | 19-1 and 19-2 |
| Los Feliz Healthcare Center LLC | 14-11368 | Unknown | 19-1 and 19-2 |
| Los Feliz Healthcare Center LLC | 14-11368 | $6,251,440.62 | 21-1 |
| Mountainside Operating Company LLC | 14-11367 | $6,251,440.62 | 20-1 |
| Mountainside Operating Company LLC | 14-11367 | Unknown | 21-1 and 21-2 |
| North Healthcare Center LLC | 14-11366 | $6,251,440.62 | 24-1 |
| North Healthcare Center LLC | 14-11366 | Unknown | 25-1 and 25-2 |
| North Point Health & Wellness Center LLC | 14-11365 | Unknown | 14-1 and 14-2 |

| | | | |
|---|---|---|---|
| North Pont Health & Wellness Center LLC | 14-11365 | $6,251,440.62 | 15-1 |
| Plaza Convalescent Center LP | 14-11337 | $6,251,440.62 | 28-1 |
| Plaza Convalescent Center LP | 14-11337 | Unknown | 29-1 and 29-2 |
| Plaza Healthcare Center LLC | 14-11335 | $6,251,440.62 | 57-1 |
| Plaza Healthcare Center LLC | 14-11335 | Unknown | 58-1 and 58-2 |
| RRT Enterprises LP | 14-11363 | Unknown | 22-1 and 22-2 |
| RRT Enterprises LP | 14-11363 | $6,251,440.62 | 23-1 |
| Sheraton Healthcare Center LLC | 14-11362 | $6,251,440.62 | 12-1 |
| Sheraton Healthcare Center LLC | 14-1136 | Unknown | 13-1 and 13-2 |
| South Healthcare Center LLC | 14-11361 | $6,251,440.62 | 26-1 |
| South Healthcare Center LLC | 14-11361 | Unknown | 27-1 and 27-2 |
| Westwood Healthcare Center LLC | 14-11359 | $6,251,440.62 | 24-1 |
| Westwood Healthcare Center LLC | 14-11359 | Unknown | 25-1 and 25-2 |
| Westwood Healthcare Center LP | 14-11376 | Unknown | 12-1 and 12-2 |
| Westwood Healthcare Center LP | 14-11376 | $6,251,440.62 | 13-1 |
| Wilshire Healthcare Center LLC | 14-11373 | $6,251,440.62 | 23-1 |
| Wilshire Healthcare Center LLC | 14-11373 | Unknown | 24-1 and 24-2 |

Dated: June 4, 2015                          CYPRESS LLP


                                             By: /s/Tania M. Moyron
                                                 Tania M. Moyron

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Cypress, LLP, 11111 Santa Monica Blvd., Suite 500, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: WITHDRAWAL OF PROOFS OF CLAIM FILED ON BEHALF OF AG FACILITIES OPERATIONS, LLC, AND ITS AFFILIATES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 11, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael A Abramson    maa@abramsonlawgroup.com
•Russell S Balisok    balisok@stopelderabuse.org
•Robert D Bass    rbass@greenbass.com, mkerpik@greenbass.com
•Ron Bender    rb@lnbyb.com
•Richard S Berger    rberger@lgbfirm.com, marizaga@lgbfirm.com;ncereseto@lgbfirm.com;cboyias@lgbfirm.com
•Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net
•Matthew Borden    borden@braunhagey.com, fair@braunhagey.com
•Michael J Bujold    Michael.J.Bujold@usdoj.gov
•Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
•Cheryl S Chang    Chang@Blankrome.com, Watanabe@blankrome.com
•Baruch C Cohen    bcc4929@gmail.com, pjstarr@starrparalegals.com
•Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
•Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 11, 2015 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Request for Manual Notice

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 11, 2015 | Jennifer Roldan | _/s/ Jennifer Roldan_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**
- Caroline Djang    cdjang@rutan.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Andrew L Ellis    Aellis@alelaw.com, sbarajas@alelaw.com
- Andy J Epstein    taxcpaesq@gmail.com
- Fahim Farivar    ffarivar@bakerlaw.com, amcdow@bakerlaw.com,mdelaney@bakerlaw.com,sgaeta@bakerlaw.com
- Scott D Fink    brodellecf@weltman.com
- William L Foreman    wforeman@oca-law.com, laiken@oca-law.com
- Eric J Fromme    ejf@jmbm.com, lo2@jmbm.com
- Maryann P Gallagher    mail@mpg-law.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Fredric Glass    fglass@fairharborcapital.com
- Christina Goebelsmann    cgoebelsmann@wargofrench.com
- Matthew A Gold    courts@argopartners.net
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
- Steven J Kahn    skahn@pszyjw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- David I Katzen    katzen@ksfirm.com, schuricht@ksfirm.com
- Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- K Kenneth Kotler    kotler@kenkotler.com, linda@kenkotler.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Malinda Lee    malinda.lee@doj.ca.gov
- Leib M Lerner    leib.lerner@alston.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Howard S Levine    howard@cypressllp.com, jennifer@cypressllp.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com
- Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Jessica Mickelsen    jessica.mickelsen@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Kenneth Miller    kmiller@ecjlaw.com, kanthony@ecjlaw.com
- Benjamin Nachimson    ben.nachimson@wgfllp.com
- Jennifer L Nassiri    jnassiri@venable.com, bclark@venable.com;khoang@venable.com
- Tara L Newman    tara.newman@doj.ca.gov
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Eric S Pezold    epezold@swlaw.com, sberumen@swlaw.com
- Robert J Pfister    rpfister@ktbslaw.com
- Christopher E Prince    cprince@lesnickprince.com
- Hanna B Raanan    hraanan@marlinsaltzman.com, jhawkes@marlinsaltzman.com;sshepard@marlinsaltzman.com;irvinefileclerk@marlinsaltzman.com
- Hamid R Rafatjoo    hrafatjoo@venable.com, kfox2@venable.com;bclark@venable.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- **Brett Ramsaur**    bramsaur@swlaw.com, kcollins@swlaw.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Paul R Shankman**    pshankman@jhindslaw.com
- **David B Shemano**    dshemano@robinskaplan.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **Adam D Stein-Sapir**    info@pfllc.com
- **Alan Stomel**    alan.stomel@gmail.com, astomel@yahoo.com
- **Kelly Sweeney**    ksweeney@spiwakandiezza.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Jeanne C Wanlass**    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Joshua D Wayser**    joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com
- **Andrew F Whatnall**    awhatnall@daca4.com
- **David J Williams**    dwilliams@mrllp.com, creyes@mrllp.com
- **Elisa B Wolfe-Donato**    Elisa.Wolfe@doj.ca.gov
- **Jennifer C Wong**    bknotice@mccarthyholthus.com
- **David Wood**    dwood@marshackhays.com, ecfmarshackhays@gmail.com
- **Benyahou Yeroushalmi**    ben@yeroushalmilaw.com
- **Beth Ann R Young**    bry@lnbyb.com
- **Kristin A Zilberstein**    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

**SERVED BY UNITED STATES MAIL**

| | |
|---|---|
| Michael G Dawson<br>Law Offices of Herbert Hafif, APC<br>269 W Bonita Ave<br>Claremont, CA 91711-4784 | Gary L Gebler<br>The Gebler Firm PC<br>5023 N Pkwy Calabasas<br>Calabasas, CA 91302 |
| Venable LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067 | Benjamin P Wasserman<br>235 E Broadway Ste 206<br>Long Beach, CA 90802 |
| Bradley Yourist<br>Yourist Law Corporation<br>11111 Santa Monica Blvd.<br>Ste 100<br>Los Angeles, CA 90025 | Levene, Neale Bender Rankin & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 |
| Ron Bender<br>Levene, Neale, Bender, Yoo & Brill L.L.P<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067 | The Honorable Catherine E. Bauer<br>United States Bankruptcy Court<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5165<br>Santa Ana, CA 92701-4593 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE