| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>PHILIP A. GASTEIER (SBN 130043)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email:  rb@lnbyb.com; pag@lnbyb.com; lls@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Reorganized Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| In re:<br><br><br>Plaza Healthcare Center LLC,<br><br>Reorganized Debtor.<br><br>And Jointly Administered Reorganized Debtors.<br><br><br>Debtor(s). | CASE NO.: 8:14-bk-11335-CB<br><br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(ACTION IN NONBANKRUPTCY FORUM)**<br><br>DATE: 08/05/2020<br>TIME: 10:00 am<br>COURTROOM: 5D |

**Movant**: Country Villa Southbay LLC

1. **Hearing Location**:

   ☐ 255 East Temple Street, Los Angeles, CA 90012          ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☐ An application for order setting hearing on shortened notice was filed and remains pending.  After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:   07/09/2020

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
Printed name of law firm (if applicable)

PHILIP A. GASTEIER
Printed name of individual Movant or attorney for Movant

/s/ Philip A. Gasteier
Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 2                              **F 4001-1.RFS.NONBK.MOTION**

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO NONBANKRUPTCY ACTION

1. **In the Nonbankruptcy Action, Movant is:**

   a. ☐ Plaintiff

   b. ☒ Defendant

   c. ☐ Other (*specify*):

2. **The Nonbankruptcy Action:** There is a pending lawsuit or administrative proceeding (Nonbankruptcy Action) involving the Debtor or the Debtor's bankruptcy estate:

   a. *Name of Nonbankruptcy Action*: FRAZIER, et al v. COUNTRY VILLA SOUTHBAY, LLC

   b. *Docket number*: Case No. BC536405

   c. *Nonbankruptcy forum where Nonbankruptcy Action is pending*:
      Superior Court of California, County of Los Angeles

   d. Causes of action or claims for relief (Claims):
      Willful misconduct, negligence, elder abuse, fraudulent concealment, and wrongful death.

3. **Bankruptcy Case History:**

   a. ☒ A voluntary  ☐ An involuntary  petition under chapter  ☐ 7  ☒ 11  ☐ 12  ☐ 13
      was filed on (*date*)  03/05/2014  .

   b. ☐ An order to convert this case to chapter  ☐ 7 ☐ 11 ☐ 12 ☐ 13
      was entered on (*date*) _____.

   c. ☒ A plan was confirmed on (*date*)  10/03/2017  .

4. **Grounds for Relief from Stay:**  Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Nonbankruptcy Action to final judgment in the nonbankruptcy forum for the following reasons:

   a. ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.

   b. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   c. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

   d. ☐ The Claims are nondischargeable in nature and can be most expeditiously resolved in the nonbankruptcy forum.

   e. ☐ The Claims arise under nonbankruptcy law and can be most expeditiously resolved in the nonbankruptcy forum.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 3                        **F 4001-1.RFS.NONBK.MOTION**

f. ☐ The bankruptcy case was filed in bad faith.

    (1) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

    (2) ☐ The timing of the filing of the bankruptcy petition indicates that it was intended to delay or interfere with the Nonbankruptcy Action.

    (3) ☐ Multiple bankruptcy cases affect the Nonbankruptcy Action.

    (4) ☐ The Debtor filed only a few case commencement documents.  No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

g. ☒ Other (*specify*):
    The Plaintiff has stipulated to relief from stay for the purpose of dismissing the state court action only.

5. **Grounds for Annulment of Stay.**  Movant took postpetition actions against the Debtor.

a. ☐ The actions were taken before Movant knew that the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed in the Nonbankruptcy Action in prior bankruptcy cases affecting the Nonbankruptcy Action as set forth in Exhibit. _____.

c. ☐ Other (*specify*):

6. **Evidence in Support of Motion:  (*Important Note:  declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)**

a. ☐ The DECLARATION RE ACTION IN NONBANKRUPTCY FORUM on page 6.

b. ☐ Supplemental declaration(s).

c. ☐ The statements made by Debtor under penalty of perjury concerning Movant's claims as set forth in Debtor's case commencement documents.  Authenticated copies of the relevant portions of the Debtor's case commencement documents are attached as Exhibit. _____.

d. ☒ Other evidence (*specify*):
    Stipulation attached as Exhibit B.

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**Movant requests the following relief:**

1. Relief from the stay pursuant to 11 U.S.C. § 362(d)(1).

2. ☐ Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

3. ☐ The stay is annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant in the Nonbankruptcy Action shall not constitute a violation of the stay.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                Page 4                          **F 4001-1.RFS.NONBK.MOTION**

4. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified, or annulled as to the co-debtor, on the same terms and condition as to the Debtor.

5. ☐ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

6. ☐ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Nonbankruptcy Action.

7. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice

8. ☒ Other relief requested.


Date:  07/09/2020                              LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
                                               _____
                                               Printed name of law firm (*if applicable*)

                                               PHILIP A. GASTEIER
                                               _____
                                               Printed name of individual Movant or attorney for Movant


                                                /s/Philip A. Gasteier
                                               _____
                                               Signature of individual Movant or attorney for Movant


This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                Page 5                      **F 4001-1.RFS.NONBK.MOTION**

## DECLARATION RE ACTION IN NONBANKRUPTCY FORUM

I, (*name of Declarant*) _PHILIP A. GASTEIER_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding (Nonbankruptcy Action) because:

   ☐ I am the Movant.
   ☐ I am Movant's attorney of record in the Nonbankruptcy Action.
   ☐ I am employed by Movant as (*title and capacity*):
   ☒ Other (*specify*): I am one of the bankruptcy attorneys for the Debtor Country Villa Southbay, LLC.

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Nonbankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the court if required.

3. In the Nonbankruptcy Action, Movant is:

   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (*specify):*

4. The Nonbankruptcy Action is pending as:

   a. *Name of Nonbankruptcy Action*: FRAZIER, et al v. COUNTRY VILLA SOUTHBAY, LLC
   b. *Docket number*: Case No. BC536405
   c. *Nonbankruptcy court or agency where Nonbankruptcy Action is pending*:
      Superior Court of California, County of Los Angeles

5. **Procedural Status of Nonbankruptcy Action**:

   a. The Claims are:
      Willful misconduct, negligence, elder abuse, fraudulent concealment, and wrongful death.

   b. True and correct copies of the documents filed in the Nonbankruptcy Action are attached as Exhibit _A____.

   c. The Nonbankruptcy Action was filed on (*date*) _02/14/2014__.

   d. Trial or hearing began/is scheduled to begin on (*date*) _____.

   e. The trial or hearing is estimated to require _____ days (*specify*).

   f. Other plaintiffs in the Nonbankruptcy Action are (*specify*):
      NA

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                              Page 6                         **F 4001-1.RFS.NONBK.MOTION**

g.  Other defendants in the Nonbankruptcy Action are (*specify*):

NA

6.  **Grounds for relief from stay:**

a.  ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

b.  ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor or the Debtor's bankruptcy estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.

c.  ☐ Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property of the Debtor's bankruptcy estate.  The insurance carrier and policy number are (*specify*):

d.  ☐ The Nonbankruptcy Action can be tried more expeditiously in the nonbankruptcy forum.

(1)  ☐ It is currently set for trial on (*date*) _____.

(2)  ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by (*date*) _____.  The basis for this belief is (*specify*):

(3)  ☐ The Nonbankruptcy Action involves non-debtor parties and a single trial in the nonbankruptcy forum is the most efficient use of judicial resources.

e.  ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Nonbankruptcy Action.

(1)  ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case commencement documents.

(2)  ☐ The timing of the filing of the bankruptcy petition indicates it was intended to delay or interfere with the Nonbankruptcy Action based upon the following facts (*specify*):

(3)  ☐ Multiple bankruptcy cases affecting the Property include:

(A) Case name:
Case number:                              Chapter:
Date filed:            Date discharged:            Date dismissed:
Relief from stay regarding this Nonbankruptcy Action  ☐ was  ☐ was not  granted.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(B) Case name:

Case number:                                    Chapter:

Date filed:              Date discharged:              Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

(C) Case name:

Case number:                                    Chapter:

Date filed:              Date discharged:              Date dismissed:

Relief from stay regarding this Nonbankruptcy Action ☐ was ☐ was not granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Nonbankruptcy Action.

☐ See attached continuation page for additional facts establishing that this case was filed in bad faith.

f. ☒ See attached continuation page for other facts justifying relief from stay.

7. ☐ Actions taken in the Nonbankruptcy Action after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with the Nonbankruptcy Action enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit ____

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/09/2020 | PHILIP A. GASTEIER | /s/Philip A. Gasteier |
|---|---|---|
| *Date* | *Printed name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 8                    **F 4001-1.RFS.NONBK.MOTION**

CONTINUATION PAGE FOR DECLARATION IN SUPPORT OF MOTION FOR APPROVAL OF STIPULATION FOR LIMITED RELIEF FROM STAY - FRAZIER

1.    On March 5, 2014, Movant Country Villa Southbay LLC filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2.    On October 3, 2017, the Court entered an order as Docket Number 2420 confirming the Debtors' Plan of Reorganization (Dated July 7, 2017) filed by the Debtors as Docket Number 2343 (the "Plan").  The Plan became effective on October 18, 2017 (the "Effective Date").

3.    On November 22, 2017, the Reorganized Debtors filed their Motion for Entry Of Final Decrees Closing Debtors' Chapter 11 Cases as Docket Number 2630 (the "Final Decree Motion").

4.    An initial hearing on the Final Decree Motion was held on December 13, 2017 (the "Initial Final Decree Hearing").  The hearing on the Final Decree Motion has been continued from time to time and is presently scheduled for December 2, 2020.

5.    On or about February 14, 2014, Plaintiffs James Frazier and Versie Collins filed a complaint alleging willful misconduct, negligence, elder abuse, fraudulent concealment, and wrongful death (the "Complaint") in the Superior Court of California, County of Los Angeles (the "State Court"), Case No. BC536405 (the "State Court Action"), against Country Villa Southbay LLC (a Debtor). The only defendant in the State Court Action is Country Villa Southbay LLC. The only activity which has occurred in the State Court is the filing of the Complaint and the filing of a notice of automatic stay (and status conferences regarding bankruptcy status – see case summary docket attached as Exhibit A. Plaintiffs filed a motion for relief from the stay December 10, 2015 [Docket No. 1785], which was denied by order entered January 13, 2016 [Docket No. 1821] but did not file a proof of claim in the Debtors' cases.

000009

6.     Plaintiffs now desire to dismiss the State Court Action. The continuation of the

State Court Action remains subject to the automatic stay pursuant to 11 U.S.C § 362 (c) (2)

because the Debtors' cases remain open and Debtors have not received a discharge.[1] Plaintiffs

have requested that the Debtors stipulate to relief from stay solely to allow Plaintiffs to dismiss

the State Court Action.

7.     A true and correct copy of the Stipulation between Movant and Plaintiffs is attached

hereto as Exhibit B.

---

[1] 11 U.S.C § 362 (c) provides in relevant part:
 (c) Except as provided in subsections (d), (e), (f), and (h) of this section—
(1)
the stay of an act against property of the estate under subsection (a) of this section continues until such property is no longer property of the estate;
(2) the stay of any other act under subsection (a) of this section continues until the earliest of—
(A)
the time the case is closed;
(B)
the time the case is dismissed; or
(C)
if the case is a case under chapter 7 of this title concerning an individual or a case under chapter 9, 11, 12, or 13 of this title, the time a discharge is granted or denied;

000010

# Exhibit A

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** BC536405
JAMES A FRAZIER ET AL VS COUNTRY VILLA SOUTH BAY LLC

**Filing Courthouse:** Stanley Mosk Courthouse
**Filing Date:** 02/14/2014
**Case Type:** Other Professional Health Care Malpractice (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**10/27/2020** at 08:30 AM in Department 31 at 312 North Spring Street, Los Angeles, CA 90012
Status Conference Re: Bankruptcy

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

BENDER RON ESQ. - Attorney for Defendant

COLLINS VERSIE - Plaintiff

COUNTRY VILLA BELMONT HEIGHTS HEALTHCARE -
Defendant/Respondent's DBA

COUNTRY VILLA SOUTH BAY LLC - Defendant

FRAZIER JAMES A. - Plaintiff

JACKSON IVERSON MATTHEW ESQ. - Attorney for Plaintiff

PERRY CHRISTOPHER JOHN ESQ. - Attorney for Plaintiff

Documents Filed

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY
INFORMATION | Documents Filed | Proceedings Held

Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date
indicated:
02/03/2017

**04/22/2020** Certificate of Mailing for ([Notice of Continuance Due to COVID-19 State
of Emergency Declarations])
Filed by Clerk

**04/22/2020** Notice of Continuance Due to COVID-19 State of Emergency Declarations
Filed by Clerk

**12/18/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**11/21/2019** Notice (of Case Status)
Filed by James A. Frazier (Plaintiff)

**09/03/2019** Notice (of Court Order Setting Status Conference)
Filed by James A. Frazier (Plaintiff)

**08/28/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**08/02/2019** Notice (OF COURT ORDER SETTING STATUS CONFERENCE)
Filed by James A. Frazier (Plaintiff)

**08/02/2019** Status Report
Filed by James A. Frazier (Plaintiff)

**08/02/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**01/30/2019** Notice (of Court Order Setting Status Conference)
Filed by James A. Frazier (Plaintiff)

**01/30/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**01/16/2019** Notice (of Case Status)
Filed by James A. Frazier (Plaintiff)

**10/12/2018** Notice (of Court Order Setting Status Conference)
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**09/26/2018** Minute order entered: 2018-09-26 00:00:00
Filed by Clerk

**09/26/2018** Minute Order

**09/11/2018** NOTICE OF CASE STATUS

**09/11/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**05/29/2018** NOTICE OF COURT ORDER SETTNG STATUS CONFERENCE

**05/25/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**04/24/2018** Minute order entered: 2018-04-24 00:00:00
Filed by Clerk

**04/24/2018** Minute Order

**02/06/2018** NOTICE OF COURT ORDER SETTING STATUS CONFERENCE

**02/06/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**01/30/2018** Minute order entered: 2018-01-30 00:00:00
Filed by Clerk

**01/30/2018** Minute Order

**01/22/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**01/22/2018** NOTICE OF CASE STATUS

**11/14/2017** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**11/14/2017** NOTICE OF COURT ORDER SETTING STATUS CONFERENCE

**11/03/2017** Minute order entered: 2017-11-03 00:00:00
Filed by Clerk

**11/03/2017** Minute Order

**02/09/2017** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**02/09/2017** NOTICE OF COURT ORDER SETTING BANKRUPTCY STATUS
CONFERENCE

Click on any of the below link(s) to see Register of Action Items on or before the date
indicated:
TOP   02/03/2017

**02/03/2017** Minute order entered: 2017-02-03 00:00:00
Filed by Clerk

**02/03/2017** Minute Order

**12/28/2016** Notice of Change of Address or Other Contact Information
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**12/28/2016** NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT
INFORMATION

**08/14/2015** Minute order entered: 2015-08-14 00:00:00
Filed by Clerk

**08/14/2015** Minute Order

**07/31/2015** Minute order entered: 2015-07-31 00:00:00
Filed by Clerk

**07/31/2015** Minute Order

**04/16/2015** Notice of Change of Address or Other Contact Information
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**04/16/2015** NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT
INFORMATION

**05/02/2014** Notice of Change of Address or Other Contact Information
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**05/02/2014** NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF AND
PETITION1RS COUNSEL IVERSON MATTHEW JACKSON

**03/11/2014** Notice
Filed by Real Party in Interest

**03/11/2014** NOTICE OF FILING OF PETITION FOR RELIEF UNDER CHAPTER
11 OF THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. 101, ET SEQ.,
AND IMPOSITION OF AUTOMATIC STAY

**02/25/2014** SUMMONS

**02/25/2014** Summons
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**02/14/2014** COMPLAINT FOR DAMAGES FOR: 1. WILLFUL MISCONDUCT;
ETC

**02/14/2014** Complaint
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date
indicated:
TOP   02/03/2017

Proceedings Held

_____

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY
INFORMATION | Documents Filed | Proceedings Held


Proceedings Held (Proceeding dates listed in descending order)

**06/18/2020** at 08:30 AM in Department 31, Thomas D. Long, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Not Held - Continued - Court's
Motion**

**12/18/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**08/28/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**08/02/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**01/30/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**09/26/2018** at 08:30 AM in Department 3
Status Conference Re: Bankruptcy (Conference-Bankruptcy Status; Matter continued) -

**04/24/2018** at 08:30 AM in Department 3
Status Conference (Status Conference; Matter continued) -

**01/30/2018** at 08:30 AM in Department 92
Status Conference (Status Conference; Matter continued) -

**11/03/2017** at 08:30 AM in Department 92
Status Conference (Status Conference; Matter continued) -

**02/14/2017** at 08:30 AM in Department 92
Unknown Event Type - **Not Held - Advanced and Vacated**

**02/03/2017** at 10:00 AM in Department 92
Final Status Conference (Final Status Conference; Off Calendar) -

**08/14/2015** at 08:30 AM in Department 92
(Trial; Continued by Court) -

**07/31/2015** at 10:00 AM in Department 92
Final Status Conference (Final Status Conference; Court makes order) -

Register Of Actions

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY
INFORMATION | Documents Filed | Proceedings Held

Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date
indicated:
02/14/2017

**06/18/2020** at 08:30 AM in Department 31, Thomas D. Long, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Not Held - Continued - Court's
Motion**

**04/22/2020** Notice of Continuance Due to COVID-19 State of Emergency Declarations
Filed by Clerk

**04/22/2020** Certificate of Mailing for ([Notice of Continuance Due to COVID-19 State
of Emergency Declarations])
Filed by Clerk

**12/18/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**12/18/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**11/21/2019** Notice (of Case Status)
Filed by James A. Frazier (Plaintiff)

**09/03/2019** Notice (of Court Order Setting Status Conference)
Filed by James A. Frazier (Plaintiff)

**08/28/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**08/28/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**08/02/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**08/02/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**08/02/2019** Status Report
Filed by James A. Frazier (Plaintiff)

**08/02/2019** Notice (OF COURT ORDER SETTING STATUS CONFERENCE)
Filed by James A. Frazier (Plaintiff)

**01/30/2019** at 08:30 AM in Department 3, Holly E. Kendig, Presiding
Status Conference Re: Bankruptcy (- Defendant Country Villa South Bay, LLC, dba,
Country Villa Belmont Heights Healthcare Center -) - **Held - Continued**

**01/30/2019** Minute Order ( (Status Conference Re: Bankruptcy - Defendant Country
Villa So...))
Filed by Clerk

**01/30/2019** Notice (of Court Order Setting Status Conference)
Filed by James A. Frazier (Plaintiff)

**01/16/2019** Notice (of Case Status)
Filed by James A. Frazier (Plaintiff)

**10/12/2018** Notice (of Court Order Setting Status Conference)
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**09/26/2018** at 08:30 AM in Department 3
Status Conference Re: Bankruptcy (Conference-Bankruptcy Status; Matter continued) -

**09/26/2018** Minute order entered: 2018-09-26 00:00:00
Filed by Clerk

**09/26/2018** Minute Order

**09/11/2018** NOTICE OF CASE STATUS

**09/11/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**05/29/2018** NOTICE OF COURT ORDER SETTNG STATUS CONFERENCE

**05/25/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**04/24/2018** at 08:30 AM in Department 3
Status Conference (Status Conference; Matter continued) -

**04/24/2018** Minute Order

**04/24/2018** Minute order entered: 2018-04-24 00:00:00
Filed by Clerk

**02/06/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**02/06/2018** NOTICE OF COURT ORDER SETTING STATUS CONFERENCE

**01/30/2018** at 08:30 AM in Department 92
Status Conference (Status Conference; Matter continued) -

**01/30/2018** Minute Order

**01/30/2018** Minute order entered: 2018-01-30 00:00:00
Filed by Clerk

**01/22/2018** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**01/22/2018** NOTICE OF CASE STATUS

**11/14/2017** NOTICE OF COURT ORDER SETTING STATUS CONFERENCE

**11/14/2017** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**11/03/2017** at 08:30 AM in Department 92
Status Conference (Status Conference; Matter continued) -

**11/03/2017** Minute Order

**11/03/2017** Minute order entered: 2017-11-03 00:00:00
Filed by Clerk

Click on any of the below link(s) to see Register of Action Items on or before the date
indicated:
TOP   02/14/2017

**02/14/2017** at 08:30 AM in Department 92
Unknown Event Type - **Not Held - Advanced and Vacated**

**02/09/2017** NOTICE OF COURT ORDER SETTING BANKRUPTCY STATUS
CONFERENCE

**02/09/2017** Notice
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**02/03/2017** at 10:00 AM in Department 92
Final Status Conference (Final Status Conference; Off Calendar) -

**02/03/2017** Minute order entered: 2017-02-03 00:00:00
Filed by Clerk

**02/03/2017** Minute Order

**12/28/2016** NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT
INFORMATION

**12/28/2016** Notice of Change of Address or Other Contact Information
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**08/14/2015** at 08:30 AM in Department 92
(Trial; Continued by Court) -

**08/14/2015** Minute order entered: 2015-08-14 00:00:00
Filed by Clerk

**08/14/2015** Minute Order

**07/31/2015** at 10:00 AM in Department 92
Final Status Conference (Final Status Conference; Court makes order) -

**07/31/2015** Minute order entered: 2015-07-31 00:00:00
Filed by Clerk

**07/31/2015** Minute Order

**04/16/2015** NOTICE OF CHANGE OF ADDRESS OR OTHER CONTACT
INFORMATION

**04/16/2015** Notice of Change of Address or Other Contact Information
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**05/02/2014** Notice of Change of Address or Other Contact Information
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**05/02/2014** NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF AND
PETITION1RS COUNSEL IVERSON MATTHEW JACKSON

**03/11/2014** Notice
Filed by Real Party in Interest

**03/11/2014** NOTICE OF FILING OF PETITION FOR RELIEF UNDER CHAPTER
11 OF THE UNITED STATES BANKRUPTCY CODE, 11 U.S.C. 101, ET SEQ.,
AND IMPOSITION OF AUTOMATIC STAY

**02/25/2014** Summons
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**02/25/2014** SUMMONS

**02/14/2014** Complaint
Filed by James A. Frazier (Plaintiff); Versie Collins (Plaintiff)

**02/14/2014** COMPLAINT FOR DAMAGES FOR: 1. WILLFUL MISCONDUCT;
ETC

Click on any of the below link(s) to see Register of Action Items on or before the date
indicated:
TOP   02/14/2017

# Exhibit B

RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; pag@lnbyb.com; kjm@lnbyb.com; lls@lnbyb.com

Attorneys for Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Lead Case No.: 8:14-bk-11335-CB |
| | ) |
| Plaza Healthcare Center LLC, | ) Jointly administered with: |
| | ) Case No. 8:14-bk-11337-CB |
| Debtor and Debtor in Possession. | ) Case No. 8:14-bk-11358-CB |
| | ) Case No. 8:14-bk-11359-CB |
| _____ | ) Case No. 8:14-bk-11360-CB |
| ☐ Affects All Debtors | ) Case No. 8:14-bk-11361-CB |
| | ) Case No. 8:14-bk-11362-CB |
| ☐ Affects Belmont Heights Healthcare Center LLC | ) Case No. 8:14-bk-11363-CB |
| ☐ Affects Claremont Healthcare Center Inc. | ) Case No. 8:14-bk-11364-CB |
| ☐ Affects Country Villa East LP | ) Case No. 8:14-bk-11365-CB |
| ☐ Affects Country Villa Imperial LLC | ) Case No. 8:14-bk-11366-CB |
| ☐ Affects Country Villa Nursing Center Inc. | ) Case No. 8:14-bk-11367-CB |
| X☐ Affects Country Villa Southbay LLC | ) Case No. 8:14-bk-11368-CB |
| ☐ Affects East Healthcare Center LLC | ) Case No. 8:14-bk-11370-CB |
| ☐ Affects Los Feliz Healthcare Center LLC | ) Case No. 8:14-bk-11371-CB |
| ☐ Affects Mountainside Operating Company LLC | ) Case No. 8:14-bk-11372-CB |
| ☐ Affects North Healthcare Center LLC | ) Case No. 8:14-bk-11373-CB |
| ☐ Affects North Point Health & Wellness Center LLC | ) Case No. 8:14-bk-11375-CB |
| ☐ Affects Plaza Convalescent Center LP | ) Case No. 8:14-bk-11376-CB |
| ☐ Affects Plaza Healthcare Center LLC | ) Chapter 11 Cases |
| ☐ Affects RRT Enterprises LP | ) |
| ☐ Affects Sheraton  Healthcare Center LLC | ) STIPULATION FOR LIMITED RELIEF |
| ☐ Affects South Healthcare Center LLC | ) FROM STAY - FRAZIER |
| ☐ Affects Westwood Healthcare Center LLC | ) |
| ☐ Affects Westwood Healthcare Center LP | ) Date:    SEE MOTION |
| ☐ Affects Wilshire Healthcare Center LLC | ) Time: |
| | ) Place:    Courtroom "5D" |
| Debtors and Debtors in Possession. | )            411 West Fourth Street |
| | )            Santa Ana, CA 92701 |
| | ) |
| | ) |
| | ) |
| | ) |

1

000024

This Stipulation is entered into by and between Country Villa Southbay, LLC (Case No. 8:14-bk-11362-CB), along with all of the other eighteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly administered, chapter 11 bankruptcy cases (previously the "Debtors" or "Reorganized Debtors") and James Frazier and Versie Collins (collectively "Plaintiff"), by and through their respective counsel of record, as follows:

A.    On either March 4 or March 5, 2014, each of the Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code.

B.    On October 3, 2017, the Court entered an order as Docket Number 2420 confirming the Debtors' Plan of Reorganization (Dated July 7, 2017) filed by the Debtors as Docket Number 2343 (the "Plan"). The Plan became effective on October 18, 2017 (the "Effective Date").

C.    On November 22, 2017, the Reorganized Debtors filed their Motion for Entry Of Final Decrees Closing Debtors' Chapter 11 Cases as Docket Number 2630 (the "Final Decree Motion").

D.    An initial hearing on the Final Decree Motion was held on December 13, 2017 (the "Initial Final Decree Hearing"). The hearing on the Final Decree Motion has been continued from time to time and is presently scheduled for June 3, 2020.

E.    On or about February 14, 2014, Plaintiffs filed a complaint alleging willful misconduct, negligence, elder abuse, fraudulent concealment, and wrongful death (the "Complaint") in the Superior Court of California, County of Los Angeles (the "State Court"), Case No. BC536405 (the "State Court Action"), against Country Villa Southbay LLC (a Debtor). The only defendant in the State Court Action is Country Villa Southbay LLC. The only activity which has occurred in the State Court is the filing of the Complaint and the filing of a notice of automatic stay.

000025

F.      Plaintiffs now desire to dismiss the State Court Action. The continuation of the State Court Action remains subject to the automatic stay pursuant to 11 U.S.C § 362 (c) (2) because the Debtors' cases remain open and Debtors have not received a discharge. Plaintiffs have requested that the Debtors stipulate to relief from stay solely to allow Plaintiffs to dismiss the State Court Action.

NOW, THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE REORGANIZED DEBTORS AND PLAINTIFFS HEREBY AGREE AS FOLLOWS:

1.      The automatic stay of 11 U.S.C § 362 shall be modified solely to permit Plaintiffs to dismiss the State Court Action.

2.      The Reorganized Debtors shall file a motion for approval of this Stipulation and confirming the relief from stay.

3.      This Stipulation may be executed in counterparts, via electronic or pdf signature.

SIGNATURES ON FOLLOWING PAGE

3

000026

Agreed:

Levene, Neale, Bender, Yoo & Brill L.L.P.

By:_____
   Philip A. Gasteier, Esq.
   Co-Counsel for Reorganized Debtors

Agreed:

Corleto, Ackerman & Nussbaum LLP

By:_____
   Richard A. Corleto, Esq.
   Co-Counsel for Reorganized Debtors

Agreed:

Iverson Matthew Jackson Law Firm, PC

By:_____
   Iverson Matthew Jackson, Esq
   Attorneys for Plaintiffs

4

1

2    Agreed:

3

4    Levene, Neale, Bender, Yoo & Brill L.L.P.

5

6    By:___/s/Philip A. Gasteier_____
            Philip A. Gasteier, Esq.
7            Co-Counsel for Reorganized Debtors

8    Agreed:

9    Corleto, Ackerman & Nussbaum LLP

10

11   By:_____
            Richard A. Corleto, Esq.
12           Co-Counsel for Reorganized Debtors

13   Agreed:

14   Iverson Matthew Jackson Law Firm, PC

15

16   By:_____
            Iverson Matthew Jackson, Esq.
17           Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***July 9, 2020***, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ***July 9, 2020***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Iverson Matthew Jackson, Esq.
Iverson Matthew Jackson Law Firm, PC
5250 Lankershim Blvd., Ste. 500
North Hollywood, CA 91601

Rick Corleto, Esq.
Corleto, Ackerman & Nussbaum LLP
15760 Ventura Blvd., Suite 801
Encino, California 91436

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 9, 2020   Megan Wertz | | /s/ Megan Wertz |
| *Date*             *Printed Name* | | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Michael A Abramson    maa@abramsonlawgroup.com
- Evan R Adams    eadams@dir.ca.gov
- Russell S Balisok    balisok@stopelderabuse.org
- Robert D Bass    bob.bass47@icloud.com
- Ron Bender    rb@lnbyb.com
- Richard S Berger - INACTIVE -    rberger@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com
- Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- Manuel A Boigues    bankruptcycourtnotices@unioncounsel.net, mboigues@unioncounsel.net
- Matthew Borden    borden@braunhagey.com, rosario@braunhagey.com;kushnir@braunhagey.com;verga@braunhagey.com;hagey@braunhagey.com; fisher@braunhagey.com;theodore@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com
- Michael J Bujold    Michael.J.Bujold@usdoj.gov
- Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- Cheryl S Chang    Chang@Blankrome.com, Hno@BlankRome.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Michael T Delaney    mdelaney@bakerlaw.com
- Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com
- Caroline Djang    caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Andrew L Ellis    rgalvan@alelaw.com
- Andy J Epstein    taxcpaesq@gmail.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Scott D Fink    colcaecf@weltman.com
- William L Foreman    wforeman@oca-law.com, laiken@oca-law.com
- Maryann P Gallagher    mail@mpg-law.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Philip A Gasteier    pag@lnbrb.com
- Fredric Glass    fglass@fairharborcapital.com
- Christina L Goebelsmann    christina.goebelsmann@sba.gov
- Matthew A Gold    courts@argopartners.net
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

- Jacqueline L James    jjames@hrhlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- David I Katzen    katzen@ksfirm.com, schuricht@ksfirm.com
- Gerald P Kennedy    gerald.kennedy@procopio.com,
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Nicholas A Koffroth    nick.koffroth@dentons.com, chris.omeara@dentons.com
- K Kenneth Kotler    kotler@kenkotler.com, linda@kenkotler.com
- Ian Landsberg    ilandsberg@sklarkirsh.com,
  lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptc
  y.com;kfrazier@sklarkirsh.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Malinda Lee    malinda.lee@doj.ca.gov
- Elan S Levey    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.
  howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Krikor J Meshefejian    kjm@lnbyb.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Benjamin Nachimson    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Tara L Newman    tara.newman@doj.ca.gov
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Veronica A Pacheco    BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com
- Eric S Pezold    epezold@swlaw.com, knestuk@swlaw.com
- David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-
  inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- Christopher E Prince    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Hanna B Raanan    hraanan@marlinandsaltzman.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Brett Ramsaur    brett@ramsaurlaw.com, Kristine@ramsaurlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Mary H Rose    mrose@buchalter.com
- Emmanuel R Salazar    EMMANUEL.SALAZAR@DOJ.CA.GOV
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- David B Shemano    dshemano@shemanolaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- Adam D Stein-Sapir    info@pfllc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Kelly Sweeney    ksweeney@spiwakandiezza.com, nbuttis@spiwakandiezza.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- Jeanne C Wanlass    jcwanlass@yahoo.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com,
  jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.s
  hafer@kattenlaw.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Andrew F Whatnall    awhatnall@daca4.com
- Reilly D Wilkinson    rwilkinson@scheerlawgroup.com
- David J Williams    dwilliams@mrllp.com, creyes@mrllp.com
- Elisa B Wolfe-Donato    Elisa.Wolfe@doj.ca.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Benyahou Yeroushalmi    ben@yeroushalmilaw.com
- Ramin R Younessi    jflores@younessilaw.com,
  dsohn@younessilaw.com;tnoda@younessilaw.com;sgeshgian@younessilaw.com
- Beth Ann R Young    bry@lnbyb.com
- Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com,
  BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**