FILED & ENTERED

AUG 03 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PLAZA HEALTHCARE CENTER, LLC<br><br>Debtor, | Case No.: 8:14-bk-11335-TA<br><br>Chapter 11<br><br>NOTICE OF CHANGE IN HEARING LOCATION FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUTPCY FORUM)<br><br>Current Hearing:<br>Date: August 5, 2020<br>Time: 10:00 a.m.<br>Ctrm: 5D<br><br>New Hearing:<br>Date: August 5, 2020<br>Time: 10:00 a.m.<br>Ctrm: **5B** |

//

//

//

//

//

1

In accordance with Administrative Order 20-07 dated July 15, 2020, this case was reassigned to this court effective July 31, 2020. The Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non) [DN 2739] filed on July 9, 2020 will be heard before this court on August 5, 2020 at 10:00 a.m.

###

Date: August 3, 2020

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge