RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; pag@lnbyb.com; lls@lnbyb.com

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>    Debtor and Debtor in Possession.<br>_____<br>☐ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☒ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>    Debtors and Debtors in Possession. | Lead Case No.: 8:14-bk-11335-CB<br><br>Jointly administered with:<br>Case No. 8:14-bk-11337-CB<br>Case No. 8:14-bk-11358-CB<br>Case No. 8:14-bk-11359-CB<br>Case No. 8:14-bk-11360-CB<br>Case No. 8:14-bk-11361-CB<br>Case No. 8:14-bk-11362-CB<br>Case No. 8:14-bk-11363-CB<br>Case No. 8:14-bk-11364-CB<br>Case No. 8:14-bk-11365-CB<br>Case No. 8:14-bk-11366-CB<br>Case No. 8:14-bk-11367-CB<br>Case No. 8:14-bk-11368-CB<br>Case No. 8:14-bk-11370-CB<br>Case No. 8:14-bk-11371-CB<br>Case No. 8:14-bk-11372-CB<br>Case No. 8:14-bk-11373-CB<br>Case No. 8:14-bk-11375-CB<br>Case No. 8:14-bk-11376-CB<br>Chapter 11 Cases<br><br>**NOTICE OF CHANGE IN COURTROOM, HEARING, RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (FRAZIER ACTION IN NONBANKRUPTCY FORUM)**<br><br>Date:    August 5, 2020<br>Time:    10:00 am<br>Place:    Courtroom "5B"<br>           411 West Fourth Street<br>           Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that the hearing on the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Court), filed by Country Villa Southbay LLC as Docket No. 2739 and originally noticed for hearing in Courtroom 5D on August 5, 2020, will be held before the Honorable Theodor C. Albert, United States Bankruptcy Judge, in **Courtroom 5B**, 411 West Fourth Street, Santa Ana, CA 92701, **via Telephonic Appearance**, at 10:00 a.m. on August 5, 2020.

Dated:  August 3, 2020                    PLAZA HEALTHCARE CENTER LLC, ET AL.

                                          By:   */s/ Philip A. Gasteier*
                                                Ron Bender
                                                Philip A. Gasteier
                                                Lindsey L. Smith
                                                Levene, Neale, Bender, Yoo & Brill L.L.P.
                                                Attorneys for Reorganized Debtors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd, Suite 1700, Los Angeles CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE IN COURTROOM, HEARING, RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (FRAZIER ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 3, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED NEF SERVICE LIST.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 3, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Iverson Matthew Jackson, Esq.
Iverson Matthew Jackson Law Firm PC
5250 Lankershim Blvd., Ste. 500
North Hollywood, CA 91601

Rick Corleto, Esq.
Corleto, Ackerman & Nusbbaum LLP
15760 Ventura Blvd., Suite 801
Encino, CA 91436

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 3, 2020**, I the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL**
Matthew Jackson          mattj57@hotmail.com
Rick Corleto             rcorleto@canllp.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/3/2020 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Michael A Abramson     maa@abramsonlawgroup.com
- Evan R Adams     eadams@dir.ca.gov
- Russell S Balisok     balisok@stopelderabuse.org
- Robert D Bass     bob.bass47@icloud.com
- Ron Bender     rb@lnbyb.com
- Richard S Berger - INACTIVE -     rberger@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com
- Karl E Block     kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- Manuel A Boigues     bankruptcycourtnotices@unioncounsel.net, mboigues@unioncounsel.net
- Matthew Borden     borden@braunhagey.com, rosario@braunhagey.com;kushnir@braunhagey.com;verga@braunhagey.com;hagey@braunhagey.com;fisher@braunhagey.com;theodore@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com
- Michael J Bujold     Michael.J.Bujold@usdoj.gov
- Steven Casselberry     s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- Cheryl S Chang     Chang@Blankrome.com, Hno@BlankRome.com
- Baruch C Cohen     bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Michael T Delaney     mdelaney@bakerlaw.com
- Marianne M Dickson     MDickson@seyfarth.com, shobrien@seyfarth.com
- Caroline Djang     caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- Joseph A Eisenberg     jae@jmbm.com, vr@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Andrew L Ellis     rgalvan@alelaw.com
- Andy J Epstein     taxcpaesq@gmail.com
- Oscar Estrada     oestrada@ttc.lacounty.gov
- Fahim Farivar     fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- Scott D Fink     colcaecf@weltman.com
- William L Foreman     wforeman@oca-law.com, laiken@oca-law.com
- Maryann P Gallagher     mail@mpg-law.com
- Jeffrey K Garfinkle     jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Philip A Gasteier     pag@lnbrb.com
- Fredric Glass     fglass@fairharborcapital.com
- Christina L Goebelsmann     christina.goebelsmann@sba.gov
- Matthew A Gold     courts@argopartners.net
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Michelle S Grimberg     msg@lnbrb.com, angela@lnbrb.com
- D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Mark S Horoupian     mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- Jacqueline L James     jjames@hrhlaw.com
- Steven J Kahn     skahn@pszyjw.com
- Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
- David I Katzen     katzen@ksfirm.com, schuricht@ksfirm.com
- Gerald P Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Payam Khodadadi     pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- Monica Y Kim     myk@lnbrb.com, myk@ecf.inforuptcy.com
- Nicholas A Koffroth     nick.koffroth@dentons.com, chris.omeara@dentons.com
- K Kenneth Kotler     kotler@kenkotler.com, linda@kenkotler.com
- Ian Landsberg     ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com
- Mary D Lane     mal@msk.com, mec@msk.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

- Malinda Lee    malinda.lee@doj.ca.gov
- Elan S Levey    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- Krikor J Meshefejian    kjm@lnbyb.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
- Benjamin Nachimson    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Tara L Newman    tara.newman@doj.ca.gov
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Veronica A Pacheco    BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com
- Eric S Pezold    epezold@swlaw.com, knestuk@swlaw.com
- David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Hanna B Raanan    hraanan@marlinandsaltzman.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Brett Ramsaur    brett@ramsaurlaw.com, Kristine@ramsaurlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Mary H Rose    mrose@buchalter.com
- Emmanuel R Salazar    EMMANUEL.SALAZAR@DOJ.CA.GOV
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- David B Shemano    dshemano@shemanolaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- Adam D Stein-Sapir    info@pfllc.com
- Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com
- Kelly Sweeney    ksweeney@spiwakandiezza.com, nbuttis@spiwakandiezza.com
- Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- Jeanne C Wanlass    jcwanlass@yahoo.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Andrew F Whatnall    awhatnall@daca4.com
- Reilly D Wilkinson    rwilkinson@scheerlawgroup.com
- David J Williams    dwilliams@mrllp.com, creyes@mrllp.com
- Elisa B Wolfe-Donato    Elisa.Wolfe@doj.ca.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- Benyahou Yeroushalmi    ben@yeroushalmilaw.com
- Ramin R Younessi    jflores@younessilaw.com, dsohn@younessilaw.com;tnoda@younessilaw.com;sgeshgian@younessilaw.com
- Beth Ann R Young    bry@lnbyb.com
- Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**