| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Richard M. Pachulski (CA Bar No. 90073)<br>Robert B. Orgel (CA Bar No. 101875)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone:  (310) 277-6910<br>Facsimile:  (310) 201-0760<br>Email:  rpachulski@pszjlaw.com<br>          rorgel@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Shlomo Rechnitz | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| In re:<br><br>Plaza Healthcare Center LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:14-bk-11335-CB<br>              [jointly administered]<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motions*[1]):<br><br>***STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE BY SHLOMO RECHNITZ*** |

PLEASE TAKE NOTE that the order titled ***ORDER APPROVING STIPULATION*** was lodged on (*date*) **January 5, 2022** and is attached.  This order relates to the motion which is docket number 2811.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 9021-1.2.BK.NOTICE.LODGMENT**

Richard M. Pachulski (Cal. Bar No. 90073)
Robert B. Orgel (Cal. Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   rpachulski@pszjlaw.com
          rorgel@pszjlaw.com

Attorneys for Shlomo Rechnitz

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>    Debtor and Debtor-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood  Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>    Debtors and Debtors-in-Possession. | Lead Case No.: 8:14-bk-11335-TA<br>(Jointly Administered)<br>Case No. 8:14-bk-11337-TA<br>Case No. 8:14-bk-11358-TA<br>Case No. 8:14-bk-11359-TA<br>Case No. 8:14-bk-11360-TA<br>Case No. 8:14-bk-11361-TA<br>Case No. 8:14-bk-11362-TA<br>Case No. 8:14-bk-11363-TA<br>Case No. 8:14-bk-11364-TA<br>Case No. 8:14-bk-11365-TA<br>Case No. 8:14-bk-11366-TA<br>Case No. 8:14-bk-11367-TA<br>Case No. 8:14-bk-11368-TA<br>Case No. 8:14-bk-11370-TA<br>Case No. 8:14-bk-11371-TA<br>Case No. 8:14-bk-11372-TA<br>Case No. 8:14-bk-11373-TA<br>Case No. 8:14-bk-11375-TA<br>Case No. 8:14-bk-11376-TA<br>Chapter 11 Cases<br><br>**ORDER APPROVING STIPULATION**<br><br>Current Hearing:<br>Date:   January 26, 2022<br>Time:   10:00 a.m.<br><br>Continued Hearing:<br>Date:   April 27, 2022<br>Time:   10:00 a.m.<br>Place:  Courtroom 5B<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

DOCS_LA:341402.4 73538/001

The Court having read and considered the Stipulation to Continue Hearing on Shlomo Rechnitz's Motion to Strike filed January 5, 2022 as Docket No. [2811] ("Stipulation"), and with good cause shown,

**IT IS ORDERED**:

1. The Stipulation is approved.

2. The hearing scheduled for January 26, 2022 is continued to April 27, 2022 at 10:00 a.m.

###

2

DOCS_LA:341402.4 73538/001

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 5, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 5, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Delivery**
Hon. Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 5, 2022 | MYRA KULICK | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 8:14-bk-11335-CB**

- *Michael A Abramson    maa@abramsonlawgroup.com*
- *Evan R Adams    eadams@dir.ca.gov*
- *Russell S Balisok    balisok@stopelderabuse.org*
- *Robert D Bass    bob.bass47@icloud.com*
- *Ron Bender    rb@lnbyb.com*
- *Ron Bender    kjm@lnbyb.com*
- *Richard S Berger - INACTIVE -    rberger@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com*
- *Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com*
- *Manuel A Boigues    mboigues@unioncounsel.net, mboigues@unioncounsel.net*
- *Matthew Borden    borden@braunhagey.com, kushnir@braunhagey.com;fisher@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com;rivera@braunhagey.com;ridge@braunhagey.com;le@braunhagey.com;ostrom@braunhagey.com;vare@braunh*
- *Michael J Bujold    Michael.J.Bujold@usdoj.gov*
- *Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com*
- *Cheryl S Chang    Chang@Blankrome.com, Hno@BlankRome.com*
- *Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com*
- *Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com*
- *Marianne M Dickson    MDickson@seyfarth.com, shobrien@seyfarth.com*
- *Joseph A Eisenberg    jae@jmbm.com, bt@jmbm.com*
- *Andrew L Ellis    rgalvan@alelaw.com*
- *Andy J Epstein    taxcpaesq@gmail.com*
- *Oscar Estrada    oestrada@ttc.lacounty.gov*
- *Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com*
- *Scott D Fink    colcaecf@weltman.com*
- *William L Foreman    wforeman@oca-law.com, laiken@oca-law.com*
- *Maryann P Gallagher    mail@mpg-law.com*
- *Jeffrey Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com*
- *Philip A Gasteier    pag@lnbrb.com*
- *Fredric Glass    fglass@fairharborcapital.com*
- *Christina L Goebelsmann    christina.goebelsmann@sba.gov*
- *Matthew A Gold    courts@argopartners.net*
- *Nancy S Goldenberg    nancy.goldenberg@usdoj.gov*
- *Michelle S Grimberg    msg@lnbrb.com, angela@lnbrb.com*
- *D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com*
- *Mark S Horoupian    mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com*
- *Jacqueline L James    jjames@hrhlaw.com*
- *Steven J Kahn    skahn@pszyjw.com*
- *Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com*
- *David I Katzen    katzen@ksfirm.com, schuricht@ksfirm.com*
- *Sweeney Kelly    kelly@ksgklaw.com*
- *Gerald P Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com*
- *Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com*
- *Monica Y Kim    myk@lnbyg.com, myk@ecf.inforuptcy.com*
- *Nicholas A Koffroth    nkoffroth@foxrothschild.com*
- *K Kenneth Kotler    kotler@kenkotler.com, linda@kenkotler.com*
- *Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com*
- *Mary D Lane - SUSPENDED -    mal@msk.com, mec@msk.com*
- *Malinda Lee    malinda.lee@doj.ca.gov*
- *Elan S Levey    elan.levey@usdoj.gov, julie.morales@usdoj.gov*
- *Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com*
- *Craig G Margulies    Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com*
- *Krikor J Meshefejian    kjm@lnbyg.com*
- *Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com*
- *Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com*
- *Benjamin Nachimson    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

- *Jennifer L Nassiri    jennifernassiri@quinnemanuel.com, bdelacruz@sheppardmullin.com*
- *Tara L Newman    tara.newman@doj.ca.gov*
- *Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com*
- *Veronica A Pacheco    BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com*
- *Eric S Pezold    epezold@swlaw.com, knestuk@swlaw.com*
- *David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com*
- *Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com*
- *Hanna B Raanan    hraanan@marlinandsaltzman.com*
- *Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com*
- *Kurt Ramlo    kr@lnbyg.com, kr@ecf.inforuptcy.com*
- *Brett Ramsaur    brett@ramsaurlaw.com, stacey@ramsaurlaw.com*
- *Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mary H Rose    mrose@buchalter.com*
- *Emmanuel R Salazar    EMMANUEL.SALAZAR@DOJ.CA.GOV*
- *Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com*
- *David B Shemano    dshemano@shemanolaw.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com*
- *Adam D Stein-Sapir    info@pfllc.com*
- *Alan Stomel    alan.stomel@gmail.com, astomel@yahoo.com*
- *Jolene Tanner    jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*
- *Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov*
- *Jeanne C Wanlass    jcwanlass@yahoo.com*
- *Joshua D Wayser    joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com*
- *Brian D Wesley    brian.wesley@doj.ca.gov*
- *Andrew F Whatnall    awhatnall@daca4.com*
- *Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com*
- *David J Williams    dwilliams@mrllp.com, creyes@mrllp.com*
- *Elisa B Wolfe-Donato    Elisa.Wolfe@doj.ca.gov*
- *Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com*
- *David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com*
- *Benyahou Yeroushalmi    ben@yeroushalmilaw.com*
- *Ramin R Younessi    jflores@younessilaw.com, dsohn@younessilaw.com;tnoda@younessilaw.com;sgeshgian@younessilaw.com*
- *Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com*
- *Kristin A Zilberstein    Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**