Richard M. Pachulski (Cal. Bar No. 90073)
Robert B. Orgel (Cal. Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   rpachulski@pszjlaw.com
          rorgel@pszjlaw.com

Attorneys for Shlomo Rechnitz

**FILED & ENTERED**

**JAN 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>Debtor and Debtor-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>Debtors and Debtors-in-Possession. | Lead Case No.: 8:14-bk-11335-TA<br>(Jointly Administered)<br>Case No. 8:14-bk-11337-TA<br>Case No. 8:14-bk-11358-TA<br>Case No. 8:14-bk-11359-TA<br>Case No. 8:14-bk-11360-TA<br>Case No. 8:14-bk-11361-TA<br>Case No. 8:14-bk-11362-TA<br>Case No. 8:14-bk-11363-TA<br>Case No. 8:14-bk-11364-TA<br>Case No. 8:14-bk-11365-TA<br>Case No. 8:14-bk-11366-TA<br>Case No. 8:14-bk-11367-TA<br>Case No. 8:14-bk-11368-TA<br>Case No. 8:14-bk-11370-TA<br>Case No. 8:14-bk-11371-TA<br>Case No. 8:14-bk-11372-TA<br>Case No. 8:14-bk-11373-TA<br>Case No. 8:14-bk-11375-TA<br>Case No. 8:14-bk-11376-TA<br>Chapter 11 Cases<br><br>***AMENDED* ORDER APPROVING STIPULATION**<br><br>Current Hearing:<br>Date:   January 26, 2022<br>Time:   10:00 a.m.<br><br>Continued Hearing:<br>Date:   March 30, 2022<br>Time:   10:00 a.m.<br>Place:  Courtroom 5B<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

DOCS_LA:341402.4 73538/001

The Court having read and considered the Stipulation to Continue Hearing on Shlomo Rechnitz's Motion to Strike filed January 5, 2022 as Docket No. [2811] ("Stipulation"), and with good cause shown,

**IT IS ORDERED**:

1. The Stipulation is approved.

2. The hearing scheduled for January 26, 2022 is continued to March 30, 2022 at 10:00 a.m.

###

Date: January 7, 2022

Theodor C. Albert
United States Bankruptcy Judge

DOCS_LA:341402.4 73538/001