Richard M. Pachulski (Cal. Bar No. 90073)
Robert B. Orgel (Cal. Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail: rpachulski@pszjlaw.com
        rorgel@pszjlaw.com

Attorneys for Shlomo Rechnitz

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>  Debtor and Debtor-in-Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>  Debtors and Debtors-in-Possession. | Lead Case No.: 8:14-bk-11335-TA<br>(Jointly Administered)<br>Case No. 8:14-bk-11337-TA<br>Case No. 8:14-bk-11358-TA<br>Case No. 8:14-bk-11359-TA<br>Case No. 8:14-bk-11360-TA<br>Case No. 8:14-bk-11361-TA<br>Case No. 8:14-bk-11362-TA<br>Case No. 8:14-bk-11363-TA<br>Case No. 8:14-bk-11364-TA<br>Case No. 8:14-bk-11365-TA<br>Case No. 8:14-bk-11366-TA<br>Case No. 8:14-bk-11367-TA<br>Case No. 8:14-bk-11368-TA<br>Case No. 8:14-bk-11370-TA<br>Case No. 8:14-bk-11371-TA<br>Case No. 8:14-bk-11372-TA<br>Case No. 8:14-bk-11373-TA<br>Case No. 8:14-bk-11375-TA<br>Case No. 8:14-bk-11376-TA<br>Chapter 11 Cases<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE BY SHLOMO RECHNITZ**<br><br>[Relates to Docket No. 2652]<br><br>Date: March 30, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 5B<br>       411 West Fourth Street<br>       Santa Ana, CA 92701<br>Judge: Hon. Theodor C. Albert |

DOCS_LA:341401.7 73538/001

Movant Shlomo Rechnitz ("Rechnitz"), Plaza Healthcare Center LLC (Lead Case No. 8:14-bk-11335-TA), and all of the other eighteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly-administered, chapter 11 bankruptcy cases (collectively, the "Debtors" or "Reorganized Debtors"), and potential respondents the California Department of Health Care Services ("DHCS") and California Department of Public Health ("CDPH") respectfully represent as follows:

A. On July 6, 2018, movant Rechnitz filed the *Motion to Strike by Shlomo Rechnitz* (the "Motion to Strike") [Docket No. 2652] in the case of the Reorganized Debtors, originally self-calendared for hearing on August 1, 2018 at 10:00 a.m. in Courtroom 5D before the above-entitled Court seeking, *inter alia*, an order striking certain matters as to filings in this Court by DHCS and CDPH in the cases of the Reorganized Debtors.

B. Before August 1, 2018, DHCS and CDPH requested that Rechnitz and the Reorganized Debtors agree to a brief continuance and, upon submitting a stipulation and motion, this Court continued the hearing on the Motion to Strike to November 7, 2018 at 10:00 a.m., at which time also was set for continued hearing the Reorganized Debtors' motion to close these bankruptcy cases (the "Case Closing Hearing").

C. On August 1, 2018, DHCS and CDPH filed the *California Department of Public Health's and California Department Of Health Care Services' Opposition to the Motion to Strike* [Docket No. 2670].

D. On November 2, 2018, substantially simultaneously with the filing by the Reorganized Debtors of a stipulation with Rechnitz to further continue the Case Closing Hearing, Rechnitz, DHCS, CDPH and the Debtors also filed a stipulation (Docket No. 2681) to continue the hearing on the Motion to Strike (which Rechnitz and the Reorganized Debtors requested be set at the same time and date as the continued Case Closing Hearing). By its order (Docket No. 2687), the Court continued the hearing on the Motion to Strike to March 13, 2019, the same time as the continued hearing set for the Case Closing Motion.

E. Relating to the continuance of the Case Closing Hearing, the Reorganized Debtors, in accordance with their 2014 sale agreement to Rechnitz, remain the licensees of several nursing

homes that are operated by Rechnitz, and the relevant instrumentality of the State of California has not approved or denied Rechnitz's licensing applications that, if granted, would result in termination of the debtors' role with the nursing homes. Rechnitz believes that granting the Motion to Strike would facilitate the granting of those applications and, relatedly, the closing of these cases. This Court at a previous continuance hearing, as Rechnitz recalls, invited Rechnitz to involve it in resolving matters with the State (prior to transfer of these cases). Rechnitz, however, believes that a consensual resolution of this matter remains possible without the court's involvement with one or more further continuances of the Motion to Strike and the related Case Closing Hearing. The State does not oppose the presently proposed further continuance.

F. Prior to the hearing on March 13, 2019, Rechnitz and the Reorganized Debtors agreed to continue further the Case Closing Hearing and Rechnitz, the Reorganized Debtors, DHCS and CDPH agreed to further continue the hearing on the Motion to Strike each for approximately six (6) months. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike to September 11, 2019, at 10:00 a.m.

G. Prior to the hearing on September 11, 2019, Rechnitz and the Reorganized Debtors agreed to continue further the Case Closing Hearing for approximately three (3) months. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike to December 11, 2019, at 10:00 a.m.

H. Prior to the hearing on December 11, 2019, Rechnitz and the Reorganized Debtors agreed to continue further the Case Closing Hearing for approximately six (6) months. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike to June 3, 2020, at 10:00 a.m.

I. Prior to the hearing on June 3, 2020, Rechnitz and the Reorganized Debtors agreed to continue further the Case Closing Hearing for approximately six (6) months, and they and CDPH agreed to have the hearing on the Motion to Strike continued to the same date. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike to December 2, 2020, at 10:00 a.m.

3

DOCS_LA:341401.7 73538/001

J. Prior to the hearing on December 2, 2020, Rechnitz and the Reorganized Debtors agreed to continue further the Case Closing Hearing for approximately six (6) months, and they and CDPH agreed to have the hearing on the Motion to Strike continued to the same date. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike first to June 9, then to June 23, 2021 at 10:00 a.m.

K. Prior to the hearing on June 23, 2021, Rechnitz and the Reorganized Debtors agreed to further continue the Case-Closing Hearing for approximately six (6) months, and they and the CDPH agreed to have the hearing on the Motion to Strike continued to the same date. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike to January 26, 2022, at 10:00 a.m.

L. Prior to the hearing on January 26, 2022, Rechnitz and the Reorganized Debtors agreed to further continue the Case-Closing Hearing for approximately two (2) months, and the CDPH agreed to have the hearing on the Motion to Strike continued to the same date. The Court further continued the Case Closing Hearing and the hearing on the Motion to Strike to March 30, 2022, at 10:00 a.m.

M. Simultaneously with the filing hereof, the Reorganized Debtors are filing a stipulation reflecting that Rechnitz and the Reorganized Debtors have agreed to continue further the Case Closing Hearing for approximately three (3) months.

N. By this stipulation, Rechnitz, DHCS, CDPH and the Debtors also seek to continue the hearing on the Motion to Strike, to be set at the same time and date as the continued Case Closing Hearing.

**WHEREFORE, IT IS HEREBY STIPULATED** by and between Rechnitz, DHCS, CDPH and the Reorganized Debtors, each by and through their respective counsel of record, that the hearing on the Motion to Strike, currently set for hearing on March 30, 2022 at 10:00 a.m. in Courtroom 5B in the above-entitled Court, be continued for approximately three (3) months to the same date and time as the Court may set for the further hearing on the Case Closing Motion or to such other date and time as may be convenient to the Court.

DOCS_LA:341401.7 73538/001

1  Dated: March __9, 2022                    ROB BONTA
2                                            Attorney General of California
                                              RICHARD T. WALDOW
3                                            Supervising Deputy Attorney General
4
5                                            By: /s/ Kenneth Wang
                                                 KENNETH K. WANG
6                                                Deputy Attorney General
                                                 *Attorneys for California Department of*
7                                                *Health Care Services and California*
                                                 *Department of Public Health*
8
9  Dated: March __, 2022                     Levene, Neale, Bender, Yoo & Golubchik L.L.P.
10
11                                           By:_____
                                                 Ron Bender
12                                               Attorneys for Reorganized Debtors
13
   Dated: March 7, 2022                      Pachulski Stang Ziehl & Jones LLP
14
15
                                             By: /s/ *Robert B. Orgel*
16                                               Robert B. Orgel
                                                 Attorneys for Shlomo Rechnitz
17
18
19
20
21
22
23
24
25
26
27
28

5

DOCS_LA:341401.7 73538/001

Dated: March __, 2022

ROB BONTA
Attorney General of California
JENNIFER M. KIM
Supervising Deputy Attorney General

By:_____
KENNETH K. WANG
Deputy Attorney General
*Attorneys for California Department of Health Care Services and California Department of Public Health*

Dated: March 9, 2022

Levene, Neale, Bender, Yoo & Golubchik L.L.P.

By: /s/ Ron Bender
Ron Bender
Attorneys for Reorganized Debtors

Dated: March 7, 2022

Pachulski Stang Ziehl & Jones LLP

By: /s/ *Robert B. Orgel*
Robert B. Orgel
Attorneys for Shlomo Rechnitz

5

DOCS_LA:341401.7 73538/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE BY SHLOMO RECHNITZ** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 9, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 9, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**By Overnight Delivery**
Hon. Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2022 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:280061.3 73538/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

*Mailing Information for Case 8:14-bk-11335-CB*

- *Michael A Abramson*   maa@abramsonlawgroup.com
- *Evan R Adams*   eadams@dir.ca.gov
- *Russell S Balisok*   balisok@stopelderabuse.org
- *Robert D Bass*   bob.bass47@icloud.com
- *Ron Bender*   rb@lnbyb.com
- *Ron Bender*   kjm@lnbyb.com
- *Richard S Berger - INACTIVE -*   rberger@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com
- *Karl E Block*   kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- *Manuel A Boigues*   mboigues@unioncounsel.net, mboigues@unioncounsel.net
- *Matthew Borden*   borden@braunhagey.com, kushnir@braunhagey.com;fisher@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com;rivera@braunhagey.com;ridge@braunhagey.com;le@braunhagey.com;ostrom@braunhagey.com;vare@braunh
- *Michael J Bujold*   Michael.J.Bujold@usdoj.gov
- *Steven Casselberry*   s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- *Cheryl S Chang*   Chang@Blankrome.com, Hno@BlankRome.com
- *Baruch C Cohen*   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- *Michael T Delaney*   mdelaney@bakerlaw.com, TBreeden@bakerlaw.com
- *Marianne M Dickson*   MDickson@seyfarth.com, shobrien@seyfarth.com
- *Joseph A Eisenberg*   jae@jmbm.com, bt@jmbm.com
- *Andrew L Ellis*   rgalvan@alelaw.com
- *Andy J Epstein*   taxcpaesq@gmail.com
- *Oscar Estrada*   oestrada@ttc.lacounty.gov
- *Fahim Farivar*   fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com
- *Scott D Fink*   colcaecf@weltman.com
- *William L Foreman*   wforeman@oca-law.com, laiken@oca-law.com
- *Maryann P Gallagher*   mail@mpg-law.com
- *Jeffrey Garfinkle*   jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- *Beth Gaschen*   bgaschen@wgllp.com, kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com
- *Philip A Gasteier*   pag@lnbrb.com
- *Fredric Glass*   fglass@fairharborcapital.com
- *Christina L Goebelsmann*   christina.goebelsmann@sba.gov
- *Matthew A Gold*   courts@argopartners.net
- *Nancy S Goldenberg*   nancy.goldenberg@usdoj.gov
- *Michelle S Grimberg*   msg@lnbrb.com, angela@lnbrb.com
- *D Edward Hays*   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- *Mark S Horoupian*   mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- *Jacqueline L James*   jjames@hrhlaw.com
- *Steven J Kahn*   skahn@pszyjw.com
- *Ivan L Kallick*   ikallick@manatt.com, ihernandez@manatt.com
- *David I Katzen*   katzen@ksfirm.com, schuricht@ksfirm.com
- *Sweeney Kelly*   kelly@ksgklaw.com
- *Gerald P Kennedy*   gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- *Payam Khodadadi*   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- *Monica Y Kim*   myk@lnbyg.com, myk@ecf.inforuptcy.com
- *Nicholas A Koffroth*   nkoffroth@foxrothschild.com
- *K Kenneth Kotler*   kotler@kenkotler.com, linda@kenkotler.com
- *Ian Landsberg*   ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- *Mary D Lane - SUSPENDED -*   mal@msk.com, mec@msk.com
- *Malinda Lee*   malinda.lee@doj.ca.gov
- *Elan S Levey*   elan.levey@usdoj.gov, julie.morales@usdoj.gov
- *Samuel R Maizel*   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- *Craig G Margulies*   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- *Krikor J Meshefejian*   kjm@lnbyg.com
- *Jessica Mickelsen Simon*   simonjm@ballardspahr.com, carolod@ballardspahr.com
- *Kenneth Miller*   kmiller@pmcos.com, efilings@pmcos.com
- *Benjamin Nachimson*   ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- *Jennifer L Nassiri*   jennifernassiri@quinnemanuel.com, bdelacruz@sheppardmullin.com
- *Tara L Newman*   tara.newman@doj.ca.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:280061.3 73538/001

- *Robert B Orgel*  rorgel@pszjlaw.com, rorgel@pszjlaw.com
- *Veronica A Pacheco*  BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com
- *Eric S Pezold*  epezold@swlaw.com, knestuk@swlaw.com
- *David M Poitras*  dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- *Christopher E Prince*  cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- *Hanna B Raanan*  hraanan@marlinandsaltzman.com
- *Hamid R Rafatjoo*  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- *Kurt Ramlo*  kr@lnbyg.com, kr@ecf.inforuptcy.com
- *Brett Ramsaur*  brett@ramsaurlaw.com, stacey@ramsaurlaw.com
- *Michael B Reynolds*  mreynolds@swlaw.com, kcollins@swlaw.com
- *Jeremy V Richards*  jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- *Mary H Rose*  mrose@buchalter.com
- *Emmanuel R Salazar*  EMMANUEL.SALAZAR@DOJ.CA.GOV
- *Paul R Shankman*  PShankman@fortislaw.com, info@fortislaw.com
- *David B Shemano*  dshemano@shemanolaw.com
- *Lindsey L Smith*  lls@lnbyb.com, lls@ecf.inforuptcy.com
- *Michael G Spector*  mgspector@aol.com, mgslawoffice@aol.com
- *Adam D Stein-Sapir*  info@pfllc.com
- *Alan Stomel*  alan.stomel@gmail.com, astomel@yahoo.com
- *Jolene Tanner*  jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
- *United States Trustee (SA)*  ustpregion16.sa.ecf@usdoj.gov
- *Kenneth K Wang*  kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- *Jeanne C Wanlass*  jcwanlass@yahoo.com
- *Joshua D Wayser*  joshua.wayser@kattenlaw.com, jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com
- *Brian D Wesley*  brian.wesley@doj.ca.gov
- *Andrew F Whatnall*  awhatnall@daca4.com
- *Reilly D Wilkinson*  rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- *David J Williams*  dwilliams@mrllp.com, creyes@mrllp.com
- *Elisa B Wolfe-Donato*  Elisa.Wolfe@doj.ca.gov
- *Jennifer C Wong*  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- *David Wood*  dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- *Benyahou Yeroushalmi*  ben@yeroushalmilaw.com
- *Ramin R Younessi*  jflores@younessilaw.com, dsohn@younessilaw.com;tnoda@younessilaw.com;sgeshgian@younessilaw.com
- *Beth Ann R. Young*  bry@lnbyg.com, bry@lnbyb.com
- *Kristin A Zilberstein*  Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:280061.3 73538/001