Richard M. Pachulski (Cal. Bar No. 90073)
Robert B. Orgel (Cal. Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   rpachulski@pszjlaw.com
          rorgel@pszjlaw.com

Attorneys for Shlomo Rechnitz



**FILED & ENTERED**

MAR 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | Lead Case No.:  8:14-bk-11335-TA (Jointly Administered) |
|---|---|
| Plaza Healthcare Center LLC, | Case No. 8:14-bk-11337-TA |
| Debtor and Debtor-in-Possession. | Case No. 8:14-bk-11358-TA |
| | Case No. 8:14-bk-11359-TA |
| | Case No. 8:14-bk-11360-TA |
| | Case No. 8:14-bk-11361-TA |
| | Case No. 8:14-bk-11362-TA |
| | Case No. 8:14-bk-11363-TA |
| | Case No. 8:14-bk-11364-TA |
| ☒ Affects All Debtors | Case No. 8:14-bk-11365-TA |
| | Case No. 8:14-bk-11366-TA |
| ☐ Affects Belmont Heights Healthcare Center LLC | Case No. 8:14-bk-11367-TA |
| ☐ Affects Claremont Healthcare Center Inc. | Case No. 8:14-bk-11368-TA |
| ☐ Affects Country Villa East LP | Case No. 8:14-bk-11370-TA |
| ☐ Affects Country Villa Imperial LLC | Case No. 8:14-bk-11371-TA |
| ☐ Affects Country Villa Nursing Center Inc. | Case No. 8:14-bk-11372-TA |
| ☐ Affects Country Villa Southbay LLC | Case No. 8:14-bk-11373-TA |
| ☐ Affects East Healthcare Center LLC | Case No. 8:14-bk-11375-TA |
| ☐ Affects Los Feliz Healthcare Center LLC | Case No. 8:14-bk-11376-TA |
| ☐ Affects Mountainside Operating Company LLC | Chapter 11 Cases |
| ☐ Affects North Healthcare Center LLC | |
| ☐ Affects North Point Health & Wellness Center LLC | **ORDER APPROVING STIPULATION** |
| ☐ Affects Plaza Convalescent Center LP | Current Hearing: |
| ☐ Affects Plaza Healthcare Center LLC | Date:   March 30, 2022 |
| ☐ Affects RRT Enterprises LP | Time:   10:00 a.m. |
| ☐ Affects Sheraton Healthcare Center LLC | |
| ☐ Affects South Healthcare Center LLC | Continued Hearing: |
| ☐ Affects Westwood Healthcare Center LLC | Date:   July 6, 2022 |
| ☐ Affects Westwood  Healthcare Center LP | Time:   10:00 a.m. |
| ☐ Affects Wilshire Healthcare Center LLC | Place:  Courtroom 5B |
| Debtors and Debtors-in-Possession. | 411 West Fourth Street |
| | Santa Ana, CA  92701 |

DOCS_LA:341402.5 73538/001

The Court having read and considered the Stipulation to Continue Hearing on Shlomo Rechnitz's Motion to Strike filed March 9, 2022 as Docket No. [2843] ("Stipulation"), and with good cause shown,

**IT IS ORDERED**:

1. The Stipulation is approved.
2. The hearing scheduled for March 30, 2022 is continued to July 6, 2022 at 10:00 a.m.

###

Date: March 10, 2022

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

2

DOCS_LA:341402.5 73538/001