United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 14-11335-TA |
| Plaza Healthcare Center LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Plaza Healthcare Center LLC, 1209 Hemlock Way, Santa Ana, CA 92707-3609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group LLC info@pfllc.com |
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com astomel@yahoo.com |
| Andrew F Whatnall | on behalf of Creditor DACA VI LLC awhatnall@daca4.com |
| Andrew L Ellis | on behalf of Creditor Joyce Sasic rgalvan@alelaw.com |
| Andy J Epstein | on behalf of Attorney Tan Class Action taxcpaesq@gmail.com |
| Andy J Epstein | on behalf of Attorney Tan Individual Case taxcpaesq@gmail.com |
| Baruch C Cohen | on behalf of Interested Party Baruch C. Cohen bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Benjamin Nachimson | on behalf of Creditor Sean Pakdaman ben.nachimson@wnlawyers.com ben.nachimson@wnlawyers.com |

Case 8:14-bk-11335-TA    Doc 2853    Filed 04/14/22    Entered 04/14/22 21:18:33    Desc
Imaged Certificate of Notice    Page 2 of 13

| District/off: 0973-8 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Benjamin Nachimson
    on behalf of Interested Party Benjamin Nachimson ben.nachimson@wnlawyers.com ben.nachimson@wnlawyers.com

Benyahou Yeroushalmi
    on behalf of Creditor Sean Pakdaman ben@yeroushalmilaw.com

Benyahou Yeroushalmi
    on behalf of Interested Party Courtesy NEF ben@yeroushalmilaw.com

Beth Gaschen
    on behalf of Creditor Carmelita Tan bgaschen@wgllp.com
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Gaschen
    on behalf of Creditor Carmelita Tan et al. bgaschen@wgllp.com,
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Ann R. Young
    on behalf of Debtor Plaza Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Westwood Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa Nursing Center Inc. bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa Southbay LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff North Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Mountainside Operating Company LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Wilshire Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff RRT Enterprises LP bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Plaza Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff East Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff South Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Claremont Healthcare Center Inc. bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa East LP, a California limited partnership bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Los Feliz Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa East LP bry@lnbyg.com bry@lnbyb.com

Brett Ramsaur
    on behalf of Creditor California Physicians' Service dba Blue Shield of California brett@ramsaurlaw.com
    mady@ramsaurlaw.com

Brett Ramsaur
    on behalf of Interested Party Safety National Casualty Corporation brett@ramsaurlaw.com mady@ramsaurlaw.com

Brian D Wesley
    on behalf of Other Professional California Department of Insurance brian.wesley@doj.ca.gov

Cheryl S Chang
    on behalf of Creditor Michael Torgan Chang@Blankrome.com Hno@BlankRome.com

Christina L Goebelsmann
    on behalf of Creditor Omega Healthcare Investors Inc christina.goebelsmann@sba.gov

Christina L Goebelsmann
    on behalf of Creditor CSE Claremont LLC christina.goebelsmann@sba.gov

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Christopher E Prince
    on behalf of Creditor Kaiser Foundation Health Plan Inc. cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Craig G Margulies
    on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

D Edward Hays
    on behalf of Creditor Healthcare Services Group Inc. ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
    on behalf of Interested Party Courtesy NEF dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David B Shemano
    on behalf of Creditor LF Enterprises Partnership dshemano@shemanolaw.com

David B Shemano
    on behalf of Creditor L.F. Advisors dshemano@shemanolaw.com

David I Katzen
    on behalf of Interested Party Santa Ana Investment Group LLC katzen@ksfirm.com, schuricht@ksfirm.com

David J Williams
    on behalf of Creditor Krieger Family Trust dwilliams@mrllp.com creyes@mrllp.com

David M Poitras
    on behalf of Interested Party Courtesy NEF dpoitras@wedgewood-inc.com dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com

David M Poitras
    on behalf of Creditor The Arba Group Inc dpoitras@wedgewood-inc.com dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com

Elan S Levey
    on behalf of Interested Party Courtesy NEF elan.levey@usdoj.gov julie.morales@usdoj.gov

Elan S Levey
    on behalf of Interested Party Department of Health and Human Services elan.levey@usdoj.gov julie.morales@usdoj.gov

Elan S Levey
    on behalf of Creditor Secretary of the U.S. Department of Health and Human Services on behalf of the Centers for Medicare and Medicaid Services elan.levey@usdoj.gov julie.morales@usdoj.gov

Elisa B Wolfe-Donato
    on behalf of Creditor California Department of Public Health Elisa.Wolfe@doj.ca.gov

Emmanuel R Salazar
    on behalf of Creditor State of California EMMANUEL.SALAZAR@DOJ.CA.GOV

Eric S Pezold
    on behalf of Attorney Matthew Gartner epezold@swlaw.com knestuk@swlaw.com

Eric S Pezold
    on behalf of Interested Party Safety National Casualty Corporation epezold@swlaw.com knestuk@swlaw.com

Evan R Adams
    on behalf of Interested Party CA Dept of Industrial Relations eadams@dir.ca.gov

Fahim Farivar
    on behalf of Attorney Fahim Farivar fahim@farivarlaw.com catherine@farivarlaw.com;lisa@farivarlaw.com

Fredric Glass
    on behalf of Creditor Fair Harbor Capital LLC fglass@fairharborcapital.com

Gerald P Kennedy
    on behalf of Interested Party Procopio Cory, Hargreaves & Savitch LLP gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com

Hamid R Rafatjoo
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Creditor State of California hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Creditor Committee Official Commitee of Unsecured Creditors hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Plaintiff The Official Committee of Unsecured Creditors hrafatjoo@raineslaw.com bclark@raineslaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Hamid R Rafatjoo | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Plaza Healthcare Center  LLC et al. hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hanna B Raanan | on behalf of Interested Party Linda Maire hraanan@marlinandsaltzman.com |
| Hanna B Raanan | on behalf of Interested Party Courtesy NEF hraanan@marlinandsaltzman.com |
| Ian Landsberg | on behalf of Creditor Myrna Hetzel ilandsberg@sklarkirsh.com lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com |
| Ian Landsberg | on behalf of Interested Party Courtesy NEF ilandsberg@sklarkirsh.com lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com |
| Ian Landsberg | on behalf of Creditor Sofia Edith Locquiao ilandsberg@sklarkirsh.com lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com |
| Ivan L Kallick | on behalf of Interested Party Courtesy NEF ikallick@manatt.com  ihernandez@manatt.com |
| Ivan L Kallick | on behalf of Interested Party Covenant Care  LLC ikallick@manatt.com, ihernandez@manatt.com |
| Jacqueline L James | on behalf of Debtor Plaza Healthcare Center LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Plaintiff Plaza Healthcare Center  LLC et al. jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Plaintiff Plaza Healthcare Center  LLC, et al. jjames@hrhlaw.com |
| Jeanne C Wanlass | on behalf of Creditor SCAN Health Plan jcwanlass@yahoo.com |
| Jeffrey Garfinkle | on behalf of Creditor McKesson Medical Surgical Minnesota Supply  Inc. jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| Jeffrey Garfinkle | on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com  docket@buchalter.com;dcyrankowski@buchalter.com |
| Jennifer C Wong | on behalf of Creditor Bank of America  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Jennifer L Nassiri | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Plaza Healthcare Center  LLC et al. jennifernassiri@quinnemanuel.com, bdelacruz@sheppardmullin.com |
| Jeremy V Richards | on behalf of Plaintiff West Pico Terrace -- Let  LLC, a California limited liability company jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com |
| Jessica Mickelsen Simon | on behalf of Defendant Health Net of California  Inc., a California corporation, on behalf of itself and the subsidiaries and affiliates of Health Net, Inc., a California corporation, formerly known as Foundation Health Sys simonjm@ballardspahr.com, carolod@ballardspahr.com |
| Jolene Tanner | on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov |
| Joseph A Eisenberg | on behalf of Interested Party Bullard Fresno Investments  LLC jae@jmbm.com, bt@jmbm.com |
| Joseph A Eisenberg | on behalf of Interested Party 1311 East Date Street  LLC jae@jmbm.com, bt@jmbm.com |
| Joseph A Eisenberg | on behalf of Creditor Grand Valley Health Care Center  LLC jae@jmbm.com, bt@jmbm.com |
| Joseph A Eisenberg | on behalf of Interested Party Grand NF LLC jae@jmbm.com  bt@jmbm.com |
| Joseph A Eisenberg | |

Case 8:14-bk-11335-TA    Doc 2853    Filed 04/14/22    Entered 04/14/22 21:18:33    Desc
Imaged Certificate of Notice    Page 5 of 13

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF jae@jmbm.com bt@jmbm.com |
| Joshua D Wayser | |
| | on behalf of Interested Party Courtesy NEF joshua.wayser@kattenlaw.com jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com |
| Joshua D Wayser | |
| | on behalf of Interested Party Marathon Asset Management joshua.wayser@kattenlaw.com jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com |
| K Kenneth Kotler | |
| | on behalf of Creditor Diagnostic Laboratories kotler@kenkotler.com linda@kenkotler.com |
| K Kenneth Kotler | |
| | on behalf of Attorney Kan-Di-Ki LLC dba Diagnostic Laboratories kotler@kenkotler.com linda@kenkotler.com |
| K Kenneth Kotler | |
| | on behalf of Interested Party Diagnostic Laboratories kotler@kenkotler.com linda@kenkotler.com |
| Karl E Block | |
| | on behalf of Creditor SCAN Health Plan kblock@loeb.com jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com |
| Kenneth Miller | |
| | on behalf of Creditor Flora Terrace East LLC kmiller@pmcos.com efilings@pmcos.com |
| Kenneth Miller | |
| | on behalf of Defendant Flora Terrace West LLC a California limited liability company kmiller@pmcos.com, efilings@pmcos.com |
| Kenneth Miller | |
| | on behalf of Interested Party Courtesy NEF kmiller@pmcos.com efilings@pmcos.com |
| Kenneth Miller | |
| | on behalf of Defendant Flora Terrace East LLC, a California limited liability company kmiller@pmcos.com, efilings@pmcos.com |
| Kenneth Miller | |
| | on behalf of Creditor Flora Terrace West LLC kmiller@pmcos.com, efilings@pmcos.com |
| Kenneth K Wang | |
| | on behalf of Creditor California Department of Public Health kenneth.wang@doj.ca.gov Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov |
| Kenneth K Wang | |
| | on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov |
| Krikor J Meshefejian | |
| | on behalf of Debtor Country Villa Southbay LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Plaza Convalescent Center LP kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor South Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor North Point Health & Wellness Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor North Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Country Villa Imperial LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Country Villa East LP kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Belmont Heights Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Interested Party Courtesy NEF kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Plaza Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Claremont Healthcare Center Inc. kjm@lnbyg.com |
| Krikor J Meshefejian | |
| | on behalf of Debtor Sheraton Healthcare Center LLC kjm@lnbyg.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Krikor J Meshefejian | on behalf of Debtor Mountainside Operating Company LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Westwood Healthcare Center LP kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Westwood Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Country Villa Nursing Center Inc. kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Wilshire Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor RRT Enterprises LP kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor East Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Los Feliz Healthcare Center LLC kjm@lnbyg.com |
| Kristin A Zilberstein | on behalf of Creditor Bank of America  N.A. Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Kristin A Zilberstein | on behalf of Creditor Ventures Trust 2013-I-H-R By Mcm Capital Partners  Llc, Its Trustee, Its Assignees And/Or Successors, By And Through Its Servicing Agent Bsi Financial Services, Inc. Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com |
| Kurt Ramlo | on behalf of Debtor Plaza Healthcare Center LLC kr@lnbyg.com  kr@ecf.inforuptcy.com |
| Kurt Ramlo | on behalf of Debtor Wilshire Healthcare Center LLC kr@lnbyg.com  kr@ecf.inforuptcy.com |
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF kr@lnbyg.com  kr@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor Country Villa Southbay LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor Los Feliz Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Plaintiff East Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Plaintiff Country Villa Nursing Center Inc. lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor Country Villa Imperial LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Plaintiff Plaza Healthcare Center  LLC et al. lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor Westwood Healthcare Center LP lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Plaintiff Country Villa East LP lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Plaintiff Mountainside Operating Company LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor South Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor Country Villa Nursing Center Inc. lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Plaintiff Wilshire Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor North Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com |
| Lindsey L Smith | on behalf of Debtor Country Villa East LP lls@lnbyb.com  lls@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Lindsey L Smith
    on behalf of Debtor Belmont Heights Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Sheraton Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Claremont Healthcare Center Inc. lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor North Point Health & Wellness Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Mountainside Operating Company LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Claremont Healthcare Center Inc. lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Plaza Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Westwood Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Plaza Healthcare Center  LLC, et al. lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor East Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Plaza Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Westwood Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Plaza Convalescent Center LP lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff South Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Country Villa Southbay LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff RRT Enterprises LP lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Los Feliz Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff North Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor RRT Enterprises LP lls@lnbyb.com  lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Wilshire Healthcare Center LLC lls@lnbyb.com  lls@ecf.inforuptcy.com

Malinda Lee
    on behalf of Creditor California Department of Public Health malinda.lee@doj.ca.gov

Manuel A Boigues
    on behalf of Creditor SEIU United Long Term Care Workers mboigues@unioncounsel.net  mboigues@unioncounsel.net

Marianne M Dickson
    on behalf of Creditor The PrivateBank and Trust Company MDickson@seyfarth.com  shobrien@seyfarth.com

Mark S Horoupian
    on behalf of Creditor Culver Dairy  Inc., dba Dairy King Milk Farms mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com

Mary D Lane - SUSPENDED -
    on behalf of Interested Party Courtesy NEF mal@msk.com  mec@msk.com

Mary H Rose
    on behalf of Interested Party Interested Party mrose@buchalter.com

Maryann P Gallagher
    on behalf of Creditor Harold Ginsburg mail@mpg-law.com

Matthew Borden

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 8 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Marsha Davis borden@braunhagey.com kushnir@braunhagey.com;fisher@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com;rivera@braunhagey.com;ridge@braunhagey.com;le@braunhagey.com;ostrom@braunhagey.com;vare@braunh |
| Matthew A Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Michael A Abramson | on behalf of Creditor Michael A. Abramson maa@abramsonlawgroup.com |
| Michael B Reynolds | on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com  kcollins@swlaw.com |
| Michael G Spector | on behalf of Creditor Eunetta Hill (DECEASED) mgspector@aol.com  mgslawoffice@aol.com |
| Michael G Spector | on behalf of Creditor Walter Hill mgspector@aol.com  mgslawoffice@aol.com |
| Michael G Spector | on behalf of Creditor Paul Parmelee mgspector@aol.com  mgslawoffice@aol.com |
| Michael J Bujold | on behalf of U.S. Trustee United States Trustee (SA) Michael.J.Bujold@usdoj.gov |
| Michael T Delaney | on behalf of Creditor Kaiser Foundation Health Plan  Inc. mdelaney@bakerlaw.com, TBreeden@bakerlaw.com |
| Michael T Delaney | on behalf of Creditor Kaiser Foundation Hospital mdelaney@bakerlaw.com  TBreeden@bakerlaw.com |
| Michelle S Grimberg | on behalf of Debtor Plaza Healthcare Center LLC msg@lnbrb.com  angela@lnbrb.com |
| Monica Y Kim | on behalf of Debtor Belmont Heights Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor North Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Plaza Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Mountainside Operating Company LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Claremont Healthcare Center Inc. myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor East Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor North Point Health & Wellness Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor RRT Enterprises LP myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa Imperial LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Westwood Healthcare Center LP myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa Southbay LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Sheraton Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Los Feliz Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Wilshire Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Westwood Healthcare Center LLC myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa East LP myk@lnbyg.com  myk@ecf.inforuptcy.com |
| Monica Y Kim | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Monica Y Kim | on behalf of Debtor Plaza Convalescent Center LP myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa Nursing Center Inc. myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor South Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Nicholas A Koffroth | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Plaza Healthcare Center  LLC et al. nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul R Shankman | on behalf of Creditor Michael Seifert PShankman@fortislaw.com info@fortislaw.com |
| Paul R Shankman | on behalf of Interested Party Courtesy NEF PShankman@fortislaw.com info@fortislaw.com |
| Payam Khodadadi | on behalf of Creditor Aetna Inc. and Certain Affiliates pkhodadadi@mcguirewoods.com dkiker@mcguirewoods.com |
| Philip A Gasteier | on behalf of Debtor Plaza Healthcare Center LLC pag@lnbrb.com |
| Ramin R Younessi | on behalf of Interested Party Courtesy NEF jflores@younessilaw.com dsohn@younessilaw.com;tnoda@younessilaw.com;sgeshgian@younessilaw.com |
| Reilly D Wilkinson | on behalf of Creditor CAM XIV TRUST  its successors and/or assignees rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |
| Richard S Berger - INACTIVE - | on behalf of Interested Party Courtesy NEF rberger@lgbfirm.com srichmond@lgbfirm.com;emeza@lgbfirm.com |
| Robert B Orgel | on behalf of Plaintiff West Pico Terrace -- Let  LLC, a California limited liability company rorgel@pszjlaw.com, rorgel@pszjlaw.com |
| Robert B Orgel | on behalf of Interested Party Shlomo Rechnitz rorgel@pszjlaw.com rorgel@pszjlaw.com |
| Robert D Bass | on behalf of Creditor Modern Health Care  Inc. bob.bass47@icloud.com |
| Ron Bender | on behalf of Debtor Wilshire Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Attorney Levene  Neale, Bender, Yoo & Brill L.L.P. rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Westwood Healthcare Center LLC kjm@lnbyb.com |
| Ron Bender | on behalf of Debtor North Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor North Point Health & Wellness Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Plaza Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Sheraton Healthcare Center LLC kjm@lnbyb.com |
| Ron Bender | on behalf of Debtor South Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Mountainside Operating Company LLC rb@lnbyb.com |
| Ron Bender | on behalf of Plaintiff Country Villa East  LP, a California limited partnership rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Country Villa East LP rb@lnbyb.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 10 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Ron Bender | on behalf of Debtor Westwood Healthcare Center LP rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Los Feliz Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Country Villa Imperial LLC rb@lnbyb.com |
| Ron Bender | on behalf of Plaintiff Plaza Healthcare Center  LLC, et al. rb@lnbyb.com |
| Ron Bender | on behalf of Attorney Levene  Neale Bender Rankin & Brill LLP rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Belmont Heights Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor East Healthcare Center LLC rb@lnbyb.com |
| Ron Bender | on behalf of Plaintiff Plaza Healthcare Center  LLC et al. rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Country Villa Nursing Center Inc. rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Country Villa Southbay LLC rb@lnbyb.com |
| Ron Bender | on behalf of Debtor Plaza Convalescent Center LP rb@lnbyb.com |
| Ron Bender | on behalf of Debtor RRT Enterprises LP kjm@lnbyb.com |
| Ron Bender | on behalf of Debtor Claremont Healthcare Center Inc. rb@lnbyb.com |
| Russell S Balisok | on behalf of Creditor Gail Dawson balisok@stopelderabuse.org |
| Russell S Balisok | on behalf of Creditor Bertha Evans Thomas balisok@stopelderabuse.org |
| Russell S Balisok | on behalf of Creditor Elena Garcia balisok@stopelderabuse.org |
| Russell S Balisok | on behalf of Creditor California Advocates for Nursing Reform  Inc. balisok@stopelderabuse.org |
| Samuel R Maizel | on behalf of Interested Party Shlomo Rechnitz samuel.maizel@dentons.com alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com |
| Scott D Fink | on behalf of Creditor CIT FINANCE LLC colcaecf@weltman.com |
| Steven Casselberry | on behalf of Creditor Krieger Family Trust s.casselberry@mpglaw.com  S.Geraghty@musickpeeler.com |
| Steven J Kahn | on behalf of Plaintiff West Pico Terrace -- Let  LLC, a California limited liability company skahn@pszyjw.com |
| Sweeney Kelly | on behalf of Interested Party Courtesy NEF kelly@ksgklaw.com |
| Tara L Newman | on behalf of Interested Party California Department of Public Health tara.newman@doj.ca.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Veronica A Pacheco | on behalf of Creditor Wells Fargo Bank  N.A. BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com |
| William L Foreman | on behalf of Interested Party Courtesy NEF wforeman@oca-law.com  laiken@oca-law.com |

TOTAL: 242

RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyg.com; pag@lnbyg.com; kjm@lnbyb.com; lls@lnbyg.com

Attorneys for Reorganized Debtors

**FILED & ENTERED**

APR 12 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>    Debtor and Debtor in Possession.<br>_____<br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>    Debtors and Debtors in Possession. | Lead Case No.: 8:14-bk-11335-TA<br><br>Jointly administered with:<br>Case No. 8:14-bk-11337-TA<br>Case No. 8:14-bk-11358-TA<br>Case No. 8:14-bk-11359-TA<br>Case No. 8:14-bk-11360-TA<br>Case No. 8:14-bk-11361-TA<br>Case No. 8:14-bk-11362-TA<br>Case No. 8:14-bk-11363-TA<br>Case No. 8:14-bk-11364-TA<br>Case No. 8:14-bk-11365-TA<br>Case No. 8:14-bk-11366-TA<br>Case No. 8:14-bk-11367-TA<br>Case No. 8:14-bk-11368-TA<br>Case No. 8:14-bk-11370-TA<br>Case No. 8:14-bk-11371-TA<br>Case No. 8:14-bk-11372-TA<br>Case No. 8:14-bk-11373-TA<br>Case No. 8:14-bk-11375-TA<br>Case No. 8:14-bk-11376-TA<br>Chapter 11 Cases<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ENTRY OF FINAL DECREE CLOSING DEBTORS' CHAPTER 11 CASES**<br><br>Date:    March 30, 2022<br>Time:    10:00 am<br><br>ViaZoomGov |

1

A hearing was held on March 30, 2022, at 10:00 a.m., for the Court to consider approval of the motion (the "Continuance Motion") filed as Docket No. 2844 by Plaza Healthcare Center LLC (Lead Case No. 8:14-bk-11335-TA), along with all of the other eighteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly administered, chapter 11 bankruptcy cases (the "Reorganized Debtors"), requesting the Court to continue the hearing on the Debtors' final decree motion (the "Final Decree Motion") for approximately three months, and approve the Stipulation attached as Exhibit "1" to the Continuance Motion (the "Stipulation") entered into between the Reorganized Debtors and Shlomo Rechnitz (the "Buyer").  Appearances were made at the hearing on the Continuance Motion as set forth on the record of the Court.

The Court, having considered the Continuance Motion and the statements, arguments and representations of counsel made at the hearing on the Continuance Motion, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Continuance Motion is granted and the Stipulation is approved.

2. The hearing on the Final Decree Motion is continued to July 6, 2022, at 10:00 a.m.

3. The reference in the Court's tentative ruling that there would be no further continuances of the Final Decree Motion is stricken.

4. Kenneth K. Wang or other authorized counsel for the California Department of Health Care Services and California Department of Public Health is ordered to appear at the continued hearing on July 6, 2022, at 10:00 a.m., and explain to the

Court the reasons why licensure for the Debtors' facilities has not yet been granted to the Buyer.

###

Date: April 12, 2022

Theodor C. Albert
United States Bankruptcy Judge

1