1  RON BENDER (SBN 143364)
   PHILIP A. GASTEIER (SBN 130043)
2  KRIKOR J. MESHEFEJIAN (SBN 255030)
   LINDSEY L. SMITH (SBN 265401)
3  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Avenue 10250
4  Los Angeles, California 90034
   Telephone: (310) 229-1234; Facsimile: (310) 229-1244
5  Email: rb@lnbyg.com; pag@lnbyg.com; kjm@lnbyg.com; lls@lnbyg.com

6  Attorneys for Reorganized Debtors

**FILED & ENTERED**

**SEP 26 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Plaza Healthcare Center LLC,<br><br>    Debtor and Debtor in Possession.<br>_____<br><br>☒ Affects All Debtors<br><br>☐ Affects Belmont Heights Healthcare Center LLC<br>☐ Affects Claremont Healthcare Center Inc.<br>☐ Affects Country Villa East LP<br>☐ Affects Country Villa Imperial LLC<br>☐ Affects Country Villa Nursing Center Inc.<br>☐ Affects Country Villa Southbay LLC<br>☐ Affects East Healthcare Center LLC<br>☐ Affects Los Feliz Healthcare Center LLC<br>☐ Affects Mountainside Operating Company LLC<br>☐ Affects North Healthcare Center LLC<br>☐ Affects North Point Health & Wellness Center LLC<br>☐ Affects Plaza Convalescent Center LP<br>☐ Affects Plaza Healthcare Center LLC<br>☐ Affects RRT Enterprises LP<br>☐ Affects Sheraton Healthcare Center LLC<br>☐ Affects South Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LLC<br>☐ Affects Westwood Healthcare Center LP<br>☐ Affects Wilshire Healthcare Center LLC<br><br>    Debtors and Debtors in Possession. | Lead Case No.: 8:14-bk-11335-TA<br><br>Jointly administered with:<br>Case No. 8:14-bk-11337-TA<br>Case No. 8:14-bk-11358-TA<br>Case No. 8:14-bk-11359-TA<br>Case No. 8:14-bk-11360-TA<br>Case No. 8:14-bk-11361-TA<br>Case No. 8:14-bk-11362-TA<br>Case No. 8:14-bk-11363-TA<br>Case No. 8:14-bk-11364-TA<br>Case No. 8:14-bk-11365-TA<br>Case No. 8:14-bk-11366-TA<br>Case No. 8:14-bk-11367-TA<br>Case No. 8:14-bk-11368-TA<br>Case No. 8:14-bk-11370-TA<br>Case No. 8:14-bk-11371-TA<br>Case No. 8:14-bk-11372-TA<br>Case No. 8:14-bk-11373-TA<br>Case No. 8:14-bk-11375-TA<br>Case No. 8:14-bk-11376-TA<br>Chapter 11 Cases<br><br>**ORDER REGARDING OUTCOME OF CASE STATUS CONFERENCE**<br><br>Date:    August 24, 2022<br>Time:    10:00 am<br><br>ViaZoomGov |

A continued case status conference was held on August 24, 2022, at 10:00 a.m., in the chapter 11 bankruptcy cases of the nineteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly administered, chapter 11 bankruptcy cases (the "<u>Reorganized Debtors</u>").  The Debtors filed their case status report with the Court on August 10, 2022 as Docket No. 2914.

The Court, having considered the Debtors' case status report and the statements, arguments and representations of counsel made at the status conference, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The case status conference is continued to November 2, 2022, at 10:00 a.m.

2. The Debtors shall file a further case status conference report with the Court by October 19, 2022.

###

Date: September 26, 2022

_____
Theodor C. Albert
United States Bankruptcy Judge