RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue 10250
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyg.com; pag@lnbyg.com; kjm@lnbyg.com; lls@lnbyg.com

Attorneys for Reorganized Debtors

**FILED & ENTERED**

**SEP 26 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:

Plaza Healthcare Center LLC,

            Debtor and Debtor in Possession.

⊠  Affects All Debtors

☐ Affects Belmont Heights Healthcare Center LLC
☐ Affects Claremont Healthcare Center Inc.
☐ Affects Country Villa East LP
☐ Affects Country Villa Imperial LLC
☐ Affects Country Villa Nursing Center Inc.
☐ Affects Country Villa Southbay LLC
☐ Affects East Healthcare Center LLC
☐ Affects Los Feliz Healthcare Center LLC
☐ Affects Mountainside Operating Company LLC
☐ Affects North Healthcare Center LLC
☐ Affects North Point Health & Wellness Center LLC
☐ Affects Plaza Convalescent Center LP
☐ Affects Plaza Healthcare Center LLC
☐ Affects RRT Enterprises LP
☐ Affects Sheraton  Healthcare Center LLC
☐ Affects South Healthcare Center LLC
☐ Affects Westwood Healthcare Center LLC
☐ Affects Westwood Healthcare Center LP
☐ Affects Wilshire Healthcare Center LLC

            Debtors and Debtors in Possession.

) Lead Case No.: 8:14-bk-11335-TA
)
) Jointly administered with:
) Case No. 8:14-bk-11337-TA
) Case No. 8:14-bk-11358-TA
) Case No. 8:14-bk-11359-TA
) Case No. 8:14-bk-11360-TA
) Case No. 8:14-bk-11361-TA
) Case No. 8:14-bk-11362-TA
) Case No. 8:14-bk-11363-TA
) Case No. 8:14-bk-11364-TA
) Case No. 8:14-bk-11365-TA
) Case No. 8:14-bk-11366-TA
) Case No. 8:14-bk-11367-TA
) Case No. 8:14-bk-11368-TA
) Case No. 8:14-bk-11370-TA
) Case No. 8:14-bk-11371-TA
) Case No. 8:14-bk-11372-TA
) Case No. 8:14-bk-11373-TA
) Case No. 8:14-bk-11375-TA
) Case No. 8:14-bk-11376-TA
) Chapter 11 Cases
)
) **ORDER APPROVING STIPULATION**
) **TO CONTINUE HEARING ON**
) **MOTION FOR ENTRY OF FINAL**
) **DECREE CLOSING DEBTORS'**
) **CHAPTER 11 CASES**
)
) Date:     August 24, 2022
) Time:     10:00 am
)
) ViaZoomGov
)

1

A hearing was scheduled to be held on August 24, 2022, at 10:00 a.m., for the Court to consider approval of the motion (the "Final Decree Motion") filed by Plaza Healthcare Center LLC (Lead Case No. 8:14-bk-11335-TA), along with all of the other eighteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly administered, chapter 11 bankruptcy cases (the "Reorganized Debtors"), for the entry of final decree closing the Debtors chapter 11 cases.  On August 23, 2022, as Docket No. 2916, the Reorganized Debtors filed a stipulation with the Court (the "Stipulation") in which the Reorganized Debtors and Shlomo Rechnitz have requested the Court to continue the hearing on the Final Decree Motion by approximately sixty days.

The Court, having considered the Stipulation, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Stipulation is approved.

2.      The hearing on the Final Decree Motion is continued to November 2, 2022, at 10:00 a.m.

### 

Date: September 26, 2022

Theodor C. Albert
United States Bankruptcy Judge

2