United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 14-11335-TA |
| Plaza Healthcare Center LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Plaza Healthcare Center LLC, 1209 Hemlock Way, Santa Ana, CA 92707-3609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D Stein-Sapir | on behalf of Creditor Pioneer Funding Group  LLC info@pfllc.com |
| Alan Stomel | on behalf of Interested Party Courtesy NEF alan.stomel@gmail.com  astomel@yahoo.com |
| Andrew F Whatnall | on behalf of Creditor DACA VI LLC awhatnall@daca4.com |
| Andrew L Ellis | on behalf of Creditor Joyce Sasic rgalvan@alelaw.com |
| Andy J Epstein | on behalf of Attorney Tan Class Action taxcpaesq@gmail.com |
| Andy J Epstein | on behalf of Attorney Tan Individual Case taxcpaesq@gmail.com |
| Baruch C Cohen | on behalf of Interested Party Baruch C. Cohen bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Benjamin Nachimson | on behalf of Creditor Sean Pakdaman ben.nachimson@wnlawyers.com  ben.nachimson@wnlawyers.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Benjamin Nachimson
    on behalf of Interested Party Benjamin Nachimson ben.nachimson@wnlawyers.com ben.nachimson@wnlawyers.com

Benyahou Yeroushalmi
    on behalf of Creditor Sean Pakdaman ben@yeroushalmilaw.com

Benyahou Yeroushalmi
    on behalf of Interested Party Courtesy NEF ben@yeroushalmilaw.com

Beth Gaschen
    on behalf of Creditor Carmelita Tan bgaschen@go2.law
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Gaschen
    on behalf of Creditor Carmelita Tan et al. bgaschen@go2.law,
    kadele@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com;bgaschen@ecf.courtdrive.com;gestrada@wgllp.com

Beth Ann R. Young
    on behalf of Debtor Plaza Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Westwood Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa Nursing Center Inc. bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa Southbay LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Wilshire Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff North Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Mountainside Operating Company LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff RRT Enterprises LP bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff East Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Plaza Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff South Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa East LP, a California limited partnership bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Claremont Healthcare Center Inc. bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Los Feliz Healthcare Center LLC bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Plaintiff Country Villa East LP bry@lnbyg.com bry@lnbyb.com

Brett Ramsaur
    on behalf of Creditor California Physicians' Service dba Blue Shield of California brett@ramsaurlaw.com
    alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brett Ramsaur
    on behalf of Interested Party Safety National Casualty Corporation brett@ramsaurlaw.com
    alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com

Brian D Wesley
    on behalf of Other Professional California Department of Insurance brian.wesley@doj.ca.gov

Cheryl S Chang
    on behalf of Creditor Michael Torgan Chang@Blankrome.com Hno@BlankRome.com

Christina L Goebelsmann
    on behalf of Creditor Omega Healthcare Investors Inc christina.goebelsmann@sba.gov

Christina L Goebelsmann
    on behalf of Creditor CSE Claremont LLC christina.goebelsmann@sba.gov

Case 8:14-bk-11335-TA    Doc 2924    Filed 09/28/22    Entered 09/28/22 21:24:38    Desc
Imaged Certificate of Notice    Page 3 of 12

| District/off: 0973-8 | User: admin | Page 3 of 10 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Christopher E Prince
on behalf of Creditor Kaiser Foundation Health Plan Inc. cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Craig G Margulies
on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

D Edward Hays
on behalf of Creditor Healthcare Services Group Inc. ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

David Wood
on behalf of Interested Party Courtesy NEF dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

David B Shemano
on behalf of Creditor LF Enterprises Partnership dshemano@shemanolaw.com

David B Shemano
on behalf of Creditor L.F. Advisors dshemano@shemanolaw.com

David I Katzen
on behalf of Interested Party Santa Ana Investment Group LLC katzen@ksfirm.com, schuricht@ksfirm.com

David J Williams
on behalf of Creditor Krieger Family Trust dwilliams@mabr.com cnickol@mabr.com

David M Poitras
on behalf of Interested Party Courtesy NEF dpoitras@wedgewood-inc.com dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com

David M Poitras
on behalf of Creditor The Arba Group Inc dpoitras@wedgewood-inc.com dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com

Elan S Levey
on behalf of Interested Party Courtesy NEF elan.levey@usdoj.gov julie.morales@usdoj.gov

Elan S Levey
on behalf of Interested Party Department of Health and Human Services elan.levey@usdoj.gov julie.morales@usdoj.gov

Elan S Levey
on behalf of Creditor Secretary of the U.S. Department of Health and Human Services on behalf of the Centers for Medicare and Medicaid Services elan.levey@usdoj.gov julie.morales@usdoj.gov

Elisa B Wolfe-Donato
on behalf of Creditor California Department of Public Health Elisa.Wolfe@doj.ca.gov

Emmanuel R Salazar
on behalf of Creditor State of California EMMANUEL.SALAZAR@DOJ.CA.GOV

Eric S Pezold
on behalf of Attorney Matthew Gartner epezold@swlaw.com knestuk@swlaw.com

Eric S Pezold
on behalf of Interested Party Safety National Casualty Corporation epezold@swlaw.com knestuk@swlaw.com

Evan R Adams
on behalf of Interested Party CA Dept of Industrial Relations eadams@dir.ca.gov

Fahim Farivar
on behalf of Attorney Fahim Farivar fahim@farivarlaw.com catherine@farivarlaw.com;lisa@farivarlaw.com

Fredric Glass
on behalf of Creditor Fair Harbor Capital LLC fglass@fairharborcapital.com

Gerald P Kennedy
on behalf of Interested Party Procopio Cory, Hargreaves & Savitch LLP gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com

Hamid R Rafatjoo
on behalf of Creditor Committee Official Committee Of Unsecured Creditors hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
on behalf of Creditor State of California hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
on behalf of Creditor Committee Official Commitee of Unsecured Creditors hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
on behalf of Plaintiff The Official Committee of Unsecured Creditors hrafatjoo@raineslaw.com bclark@raineslaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Hamid R Rafatjoo
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Plaza Healthcare Center  LLC et al. hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hanna B Raanan
    on behalf of Interested Party Courtesy NEF hraanan@marlinandsaltzman.com

Hanna B Raanan
    on behalf of Interested Party Linda Maire hraanan@marlinandsaltzman.com

Ian Landsberg
    on behalf of Creditor Myrna Hetzel ilandsberg@sklarkirsh.com lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com

Ian Landsberg
    on behalf of Interested Party Courtesy NEF ilandsberg@sklarkirsh.com lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com

Ian Landsberg
    on behalf of Creditor Sofia Edith Locquiao ilandsberg@sklarkirsh.com lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com

Ivan L Kallick
    on behalf of Interested Party Courtesy NEF ikallick@manatt.com  ihernandez@manatt.com

Ivan L Kallick
    on behalf of Interested Party Covenant Care  LLC ikallick@manatt.com, ihernandez@manatt.com

Jacqueline L James
    on behalf of Debtor Plaza Healthcare Center LLC jjames@hrhlaw.com

Jacqueline L James
    on behalf of Plaintiff Plaza Healthcare Center  LLC et al. jjames@hrhlaw.com

Jacqueline L James
    on behalf of Plaintiff Plaza Healthcare Center  LLC, et al. jjames@hrhlaw.com

Jeanne C Wanlass
    on behalf of Creditor SCAN Health Plan jcwanlass@yahoo.com

Jeffrey Garfinkle
    on behalf of Creditor McKesson Medical Surgical Minnesota Supply  Inc. jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Jeffrey Garfinkle
    on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Jennifer C Wong
    on behalf of Creditor Bank of America  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer L Nassiri
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Plaza Healthcare Center  LLC et al. JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com

Jeremy V Richards
    on behalf of Plaintiff West Pico Terrace -- Let  LLC, a California limited liability company jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jessica Mickelsen Simon
    on behalf of Defendant Health Net of California  Inc., a California corporation, on behalf of itself and the subsidiaries and affiliates of Health Net, Inc., a California corporation, formerly known as Foundation Health Sys simonjm@ballardspahr.com, carolod@ballardspahr.com

Jolene Tanner
    on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE jolene.tanner@usdoj.gov  USACAC.criminal@usdoj.gov

Joseph A Eisenberg
    on behalf of Interested Party Bullard Fresno Investments  LLC jae@jmbm.com, bt@jmbm.com

Joseph A Eisenberg
    on behalf of Interested Party 1311 East Date Street  LLC jae@jmbm.com, bt@jmbm.com

Joseph A Eisenberg
    on behalf of Creditor Grand Valley Health Care Center  LLC jae@jmbm.com, bt@jmbm.com

Joseph A Eisenberg
    on behalf of Interested Party Grand NF LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg

Case 8:14-bk-11335-TA    Doc 2924    Filed 09/28/22    Entered 09/28/22 21:24:38    Desc
Imaged Certificate of Notice    Page 5 of 12

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 5 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF jae@jmbm.com bt@jmbm.com |
| Joshua D Wayser | on behalf of Interested Party Marathon Asset Management joshua.wayser@kattenlaw.com jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com |
| Joshua D Wayser | on behalf of Interested Party Courtesy NEF joshua.wayser@kattenlaw.com jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com |
| K Kenneth Kotler | on behalf of Creditor Diagnostic Laboratories kotler@kenkotler.com linda@kenkotler.com |
| K Kenneth Kotler | on behalf of Attorney Kan-Di-Ki LLC dba Diagnostic Laboratories kotler@kenkotler.com linda@kenkotler.com |
| K Kenneth Kotler | on behalf of Interested Party Diagnostic Laboratories kotler@kenkotler.com linda@kenkotler.com |
| Karl E Block | on behalf of Creditor SCAN Health Plan kblock@loeb.com jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com |
| Kenneth Miller | on behalf of Creditor Flora Terrace East LLC kmiller@pmcos.com efilings@pmcos.com |
| Kenneth Miller | on behalf of Defendant Flora Terrace West LLC a California limited liability company kmiller@pmcos.com, efilings@pmcos.com |
| Kenneth Miller | on behalf of Interested Party Courtesy NEF kmiller@pmcos.com efilings@pmcos.com |
| Kenneth Miller | on behalf of Creditor Flora Terrace West LLC kmiller@pmcos.com, efilings@pmcos.com |
| Kenneth Miller | on behalf of Defendant Flora Terrace East LLC, a California limited liability company kmiller@pmcos.com, efilings@pmcos.com |
| Kenneth K Wang | on behalf of Creditor California Department of Public Health kenneth.wang@doj.ca.gov Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov |
| Kenneth K Wang | on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov |
| Krikor J Meshefejian | on behalf of Debtor Country Villa Southbay LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Plaza Convalescent Center LP kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor South Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor North Point Health & Wellness Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor North Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Country Villa Imperial LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Country Villa East LP kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Belmont Heights Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Interested Party Courtesy NEF kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Plaza Healthcare Center LLC kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Claremont Healthcare Center Inc. kjm@lnbyg.com |
| Krikor J Meshefejian | on behalf of Debtor Sheraton Healthcare Center LLC kjm@lnbyg.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Krikor J Meshefejian
    on behalf of Debtor Mountainside Operating Company LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor Westwood Healthcare Center LP kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor Westwood Healthcare Center LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor Country Villa Nursing Center Inc. kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor Wilshire Healthcare Center LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor RRT Enterprises LP kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor Los Feliz Healthcare Center LLC kjm@lnbyg.com

Krikor J Meshefejian
    on behalf of Debtor East Healthcare Center LLC kjm@lnbyg.com

Kristin A Zilberstein
    on behalf of Creditor Bank of America N.A. Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

Kristin A Zilberstein
    on behalf of Creditor Ventures Trust 2013-I-H-R By Mcm Capital Partners Llc, Its Trustee, Its Assignees And/Or Successors, By And Through Its Servicing Agent Bsi Financial Services, Inc. Kris.Zilberstein@Padgettlawgroup.com, BKecf@padgettlawgroup.com;Kris.Zilberstein@ecf.courtdrive.com

Kurt Ramlo
    on behalf of Debtor Plaza Healthcare Center LLC kr@lnbyg.com kr@ecf.inforuptcy.com

Kurt Ramlo
    on behalf of Debtor Wilshire Healthcare Center LLC kr@lnbyg.com kr@ecf.inforuptcy.com

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF kr@lnbyg.com kr@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Country Villa Southbay LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff East Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Los Feliz Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Plaza Healthcare Center LLC et al. lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Country Villa Nursing Center Inc. lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Country Villa Imperial LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Country Villa East LP lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Westwood Healthcare Center LP lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor South Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Mountainside Operating Company LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Country Villa Nursing Center Inc. lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Wilshire Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor North Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Belmont Heights Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 7 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Lindsey L Smith
    on behalf of Debtor Country Villa East LP lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Sheraton Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Claremont Healthcare Center Inc. lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor North Point Health & Wellness Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Mountainside Operating Company LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Claremont Healthcare Center Inc. lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Plaza Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Westwood Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Plaza Healthcare Center  LLC, et al. lls@lnbyb.com, lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor East Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Plaza Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Westwood Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Plaza Convalescent Center LP lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff South Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Country Villa Southbay LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff RRT Enterprises LP lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff Los Feliz Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Plaintiff North Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor RRT Enterprises LP lls@lnbyb.com lls@ecf.inforuptcy.com

Lindsey L Smith
    on behalf of Debtor Wilshire Healthcare Center LLC lls@lnbyb.com lls@ecf.inforuptcy.com

Malinda Lee
    on behalf of Creditor California Department of Public Health malinda.lee@doj.ca.gov

Manuel A Boigues
    on behalf of Creditor SEIU United Long Term Care Workers mboigues@unioncounsel.net mboigues@unioncounsel.net

Marianne M Dickson
    on behalf of Creditor The PrivateBank and Trust Company MDickson@seyfarth.com shobrien@seyfarth.com

Mark S Horoupian
    on behalf of Creditor Culver Dairy  Inc., dba Dairy King Milk Farms mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com

Mary D Lane - DECEASED -
    on behalf of Interested Party Courtesy NEF mal@msk.com mec@msk.com

Mary H Rose
    on behalf of Interested Party Interested Party mrose@buchalter.com

Maryann P Gallagher
    on behalf of Creditor Harold Ginsburg mail@mpg-law.com

Matthew Borden

Case 8:14-bk-11335-TA    Doc 2924    Filed 09/28/22    Entered 09/28/22 21:24:38    Desc
Imaged Certificate of Notice    Page 8 of 12

| District/off: 0973-8 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Marsha Davis borden@braunhagey.com kushnir@braunhagey.com;fisher@braunhagey.com;hasegawa@braunhagey.com;szoke@braunhagey.com;baker@braunhagey.com;rivera@braunhagey.com;ridge@braunhagey.com;le@braunhagey.com;ostrom@braunhagey.com;vare@braunh |
| Matthew A Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Michael A Abramson | on behalf of Creditor Michael A. Abramson maa@abramsonlawgroup.com |
| Michael B Reynolds | on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com kcollins@swlaw.com |
| Michael G Spector | on behalf of Creditor Eunetta Hill (DECEASED) mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Creditor Walter Hill mgspector@aol.com mgslawoffice@aol.com |
| Michael G Spector | on behalf of Creditor Paul Parmelee mgspector@aol.com mgslawoffice@aol.com |
| Michael J Bujold | on behalf of U.S. Trustee United States Trustee (SA) Michael.J.Bujold@usdoj.gov |
| Michael T Delaney | on behalf of Creditor Kaiser Foundation Health Plan Inc. mdelaney@bakerlaw.com, TBreeden@bakerlaw.com |
| Michael T Delaney | on behalf of Creditor Kaiser Foundation Hospital mdelaney@bakerlaw.com TBreeden@bakerlaw.com |
| Michelle S Grimberg | on behalf of Debtor Plaza Healthcare Center LLC msg@lnbrb.com angela@lnbrb.com |
| Monica Y Kim | on behalf of Debtor Belmont Heights Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor North Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Plaza Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Mountainside Operating Company LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Claremont Healthcare Center Inc. myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor East Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor North Point Health & Wellness Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor RRT Enterprises LP myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa Imperial LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Westwood Healthcare Center LP myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa Southbay LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Sheraton Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Los Feliz Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Wilshire Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Westwood Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa East LP myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | |

Case 8:14-bk-11335-TA    Doc 2924    Filed 09/28/22    Entered 09/28/22 21:24:38    Desc
Imaged Certificate of Notice    Page 9 of 12

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 9 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Monica Y Kim | on behalf of Debtor Plaza Convalescent Center LP myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor Country Villa Nursing Center Inc. myk@lnbyg.com myk@ecf.inforuptcy.com |
| Monica Y Kim | on behalf of Debtor South Healthcare Center LLC myk@lnbyg.com myk@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Nicholas A Koffroth | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Plaza Healthcare Center LLC et al. nkoffroth@foxrothschild.com, khoang@foxrothschild.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul R Shankman | on behalf of Creditor Michael Seifert PShankman@fortislaw.com info@fortislaw.com |
| Paul R Shankman | on behalf of Interested Party Courtesy NEF PShankman@fortislaw.com info@fortislaw.com |
| Payam Khodadadi | on behalf of Creditor Aetna Inc. and Certain Affiliates pkhodadadi@mcguirewoods.com dkiker@mcguirewoods.com |
| Philip A Gasteier | on behalf of Debtor Plaza Healthcare Center LLC pag@lnbyg.com |
| Ramin R Younessi | on behalf of Interested Party Courtesy NEF jflores@younessilaw.com dsohn@younessilaw.com;tnoda@younessilaw.com;sgeshgian@younessilaw.com |
| Reilly D Wilkinson | on behalf of Creditor CAM XIV TRUST its successors and/or assignees rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com |
| Richard S Berger - INACTIVE - | on behalf of Interested Party Courtesy NEF rberger@lgbfirm.com srichmond@lgbfirm.com;emeza@lgbfirm.com |
| Robert B Orgel | on behalf of Plaintiff West Pico Terrace -- Let LLC, a California limited liability company rorgel@pszjlaw.com, rorgel@pszjlaw.com |
| Robert B Orgel | on behalf of Interested Party Shlomo Rechnitz rorgel@pszjlaw.com rorgel@pszjlaw.com |
| Robert D Bass | on behalf of Creditor Modern Health Care Inc. bob.bass47@icloud.com |
| Ron Bender | on behalf of Debtor Wilshire Healthcare Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Attorney Levene Neale, Bender, Yoo & Brill L.L.P. rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Westwood Healthcare Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor North Healthcare Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor North Point Health & Wellness Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Plaza Healthcare Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Sheraton Healthcare Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor South Healthcare Center LLC rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Mountainside Operating Company LLC rb@lnbyg.com |
| Ron Bender | on behalf of Plaintiff Country Villa East LP, a California limited partnership rb@lnbyg.com |
| Ron Bender | on behalf of Debtor Country Villa East LP rb@lnbyg.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 10 of 10 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Ron Bender
    on behalf of Debtor Westwood Healthcare Center LP rb@lnbyg.com

Ron Bender
    on behalf of Debtor Los Feliz Healthcare Center LLC rb@lnbyg.com

Ron Bender
    on behalf of Debtor Country Villa Imperial LLC rb@lnbyg.com

Ron Bender
    on behalf of Plaintiff Plaza Healthcare Center  LLC, et al. rb@lnbyg.com

Ron Bender
    on behalf of Attorney Levene  Neale Bender Rankin & Brill LLP rb@lnbyg.com

Ron Bender
    on behalf of Debtor Belmont Heights Healthcare Center LLC rb@lnbyg.com

Ron Bender
    on behalf of Debtor East Healthcare Center LLC rb@lnbyg.com

Ron Bender
    on behalf of Plaintiff Plaza Healthcare Center  LLC et al. rb@lnbyg.com

Ron Bender
    on behalf of Debtor Country Villa Nursing Center Inc. rb@lnbyg.com

Ron Bender
    on behalf of Debtor Country Villa Southbay LLC rb@lnbyg.com

Ron Bender
    on behalf of Debtor Plaza Convalescent Center LP rb@lnbyg.com

Ron Bender
    on behalf of Debtor RRT Enterprises LP rb@lnbyg.com

Ron Bender
    on behalf of Debtor Claremont Healthcare Center Inc. rb@lnbyg.com

Russell S Balisok
    on behalf of Creditor Gail Dawson balisok@stopelderabuse.org

Russell S Balisok
    on behalf of Creditor Bertha Evans Thomas balisok@stopelderabuse.org

Russell S Balisok
    on behalf of Creditor Elena Garcia balisok@stopelderabuse.org

Russell S Balisok
    on behalf of Creditor California Advocates for Nursing Reform  Inc. balisok@stopelderabuse.org

Samuel R Maizel
    on behalf of Interested Party Shlomo Rechnitz samuel.maizel@dentons.com
    alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Scott D Fink
    on behalf of Creditor CIT FINANCE LLC colcaecf@weltman.com

Steven Casselberry
    on behalf of Creditor Krieger Family Trust s.casselberry@mpglaw.com  S.Geraghty@musickpeeler.com

Steven J Kahn
    on behalf of Plaintiff West Pico Terrace -- Let  LLC, a California limited liability company skahn@pszyjw.com

Sweeney Kelly
    on behalf of Interested Party Courtesy NEF kelly@ksgklaw.com

Tara L Newman
    on behalf of Interested Party California Department of Public Health tara.newman@doj.ca.gov

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Veronica A Pacheco
    on behalf of Creditor Wells Fargo Bank  N.A. BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com

William L Foreman
    on behalf of Interested Party Courtesy NEF wforeman@oca-law.com  laiken@oca-law.com

TOTAL: 242

```
RON BENDER (SBN 143364)
PHILIP A. GASTEIER (SBN 130043)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue 10250
Los Angeles, California 90034
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyg.com; pag@lnbyg.com; kjm@lnbyg.com; lls@lnbyg.com
```

**FILED & ENTERED**

**SEP 26 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

Attorneys for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

Plaza Healthcare Center LLC,

    Debtor and Debtor in Possession.
_____

☒ Affects All Debtors

☐ Affects Belmont Heights Healthcare Center LLC
☐ Affects Claremont Healthcare Center Inc.
☐ Affects Country Villa East LP
☐ Affects Country Villa Imperial LLC
☐ Affects Country Villa Nursing Center Inc.
☐ Affects Country Villa Southbay LLC
☐ Affects East Healthcare Center LLC
☐ Affects Los Feliz Healthcare Center LLC
☐ Affects Mountainside Operating Company LLC
☐ Affects North Healthcare Center LLC
☐ Affects North Point Health & Wellness Center LLC
☐ Affects Plaza Convalescent Center LP
☐ Affects Plaza Healthcare Center LLC
☐ Affects RRT Enterprises LP
☐ Affects Sheraton Healthcare Center LLC
☐ Affects South Healthcare Center LLC
☐ Affects Westwood Healthcare Center LLC
☐ Affects Westwood Healthcare Center LP
☐ Affects Wilshire Healthcare Center LLC

    Debtors and Debtors in Possession.

) Lead Case No.: 8:14-bk-11335-TA
)
) Jointly administered with:
) Case No. 8:14-bk-11337-TA
) Case No. 8:14-bk-11358-TA
) Case No. 8:14-bk-11359-TA
) Case No. 8:14-bk-11360-TA
) Case No. 8:14-bk-11361-TA
) Case No. 8:14-bk-11362-TA
) Case No. 8:14-bk-11363-TA
) Case No. 8:14-bk-11364-TA
) Case No. 8:14-bk-11365-TA
) Case No. 8:14-bk-11366-TA
) Case No. 8:14-bk-11367-TA
) Case No. 8:14-bk-11368-TA
) Case No. 8:14-bk-11370-TA
) Case No. 8:14-bk-11371-TA
) Case No. 8:14-bk-11372-TA
) Case No. 8:14-bk-11373-TA
) Case No. 8:14-bk-11375-TA
) Case No. 8:14-bk-11376-TA
) Chapter 11 Cases
)
) **ORDER REGARDING OUTCOME OF**
) **CASE STATUS CONFERENCE**
)
) Date:  August 24, 2022
) Time:  10:00 am
)
) ViaZoomGov
)

1

A continued case status conference was held on August 24, 2022, at 10:00 a.m., in the chapter 11 bankruptcy cases of the nineteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly administered, chapter 11 bankruptcy cases (the "Reorganized Debtors"). The Debtors filed their case status report with the Court on August 10, 2022 as Docket No. 2914.

The Court, having considered the Debtors' case status report and the statements, arguments and representations of counsel made at the status conference, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The case status conference is continued to November 2, 2022, at 10:00 a.m.

2. The Debtors shall file a further case status conference report with the Court by October 19, 2022.

### 

Date: September 26, 2022

_____
Theodor C. Albert
United States Bankruptcy Judge

2