RICHARD M. PACHULSKI (Cal. Bar No. 90073)
ROBERT B. ORGEL (Cal. Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:   rpachulski@pszjlaw.com
          rorgel@pszjlaw.com

Attorneys for Shlomo Rechnitz

**FILED & ENTERED**

**OCT 31 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

Plaza Healthcare Center LLC,

   Debtor and Debtor-in-Possession.

☒ Affects All Debtors

☐ Affects Belmont Heights Healthcare Center LLC
☐ Affects Claremont Healthcare Center Inc.
☐ Affects Country Villa East LP
☐ Affects Country Villa Imperial LLC
☐ Affects Country Villa Nursing Center Inc.
☐ Affects Country Villa Southbay LLC
☐ Affects East Healthcare Center LLC
☐ Affects Los Feliz Healthcare Center LLC
☐ Affects Mountainside Operating Company LLC
☐ Affects North Healthcare Center LLC
☐ Affects North Point Health & Wellness Center LLC
☐ Affects Plaza Convalescent Center LP
☐ Affects Plaza Healthcare Center LLC
☐ Affects RRT Enterprises LP
☐ Affects Sheraton Healthcare Center LLC
☐ Affects South Healthcare Center LLC
☐ Affects Westwood Healthcare Center LLC
☐ Affects Westwood  Healthcare Center LP
☐ Affects Wilshire Healthcare Center LLC

   Debtors and Debtors-in-Possession.

Lead Case No.:  8:14-bk-11335-TA
(Jointly Administered)
Case No. 8:14-bk-11337-TA
Case No. 8:14-bk-11358-TA
Case No. 8:14-bk-11359-TA
Case No. 8:14-bk-11360-TA
Case No. 8:14-bk-11361-TA
Case No. 8:14-bk-11362-TA
Case No. 8:14-bk-11363-TA
Case No. 8:14-bk-11364-TA
Case No. 8:14-bk-11365-TA
Case No. 8:14-bk-11366-TA
Case No. 8:14-bk-11367-TA
Case No. 8:14-bk-11368-TA
Case No. 8:14-bk-11370-TA
Case No. 8:14-bk-11371-TA
Case No. 8:14-bk-11372-TA
Case No. 8:14-bk-11373-TA
Case No. 8:14-bk-11375-TA
Case No. 8:14-bk-11376-TA

Chapter 11 Cases

**ORDER GRANTING STIPULATION FOR WITHDRAWAL OF STATE'S OPPOSITION TO MOTION TO STRIKE**

NO HEARING REQUIRED

DOCS_LA:345686.3 73538/001

The Court has read and considered the *Stipulation For Withdrawal Of Opposition To Motion To Strike* (Docket No. 2946) ("Stipulation"), and with good cause shown,

**THE COURT HEREBY ORDERS** as follows:

1. The Stipulation is approved.

2. The *California Department of Public Health's and California Department Of Health Care Services' Opposition to the Motion to Strike* (Docket No. 2670) is deemed withdrawn.

###

Date: October 31, 2022

_____
Theodor C. Albert
United States Bankruptcy Judge

2