```
 1 | RON BENDER (SBN 143364)
   | PHILIP A. GASTEIER (SBN 130043)
 2 | KRIKOR J. MESHEFEJIAN (SBN 255030)
   | LINDSEY L. SMITH (SBN 265401)
 3 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   | 2818 La Cienega Avenue 10250
 4 | Los Angeles, California 90034
   | Telephone: (310) 229-1234; Facsimile: (310) 229-1244
 5 | Email: rb@lnbyg.com; pag@lnbyg.com; kjm@lnbyg.com; lls@lnbyg.com
```

**FILED & ENTERED**

**JUN 27 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:

Plaza Healthcare Center LLC,

    Debtor and Debtor in Possession.
_____

☒ Affects All Debtors

☐ Affects Belmont Heights Healthcare Center LLC
☐ Affects Claremont Healthcare Center Inc.
☐ Affects Country Villa East LP
☐ Affects Country Villa Imperial LLC
☐ Affects Country Villa Nursing Center Inc.
☐ Affects Country Villa Southbay LLC
☐ Affects East Healthcare Center LLC
☐ Affects Los Feliz Healthcare Center LLC
☐ Affects Mountainside Operating Company LLC
☐ Affects North Healthcare Center LLC
☐ Affects North Point Health & Wellness Center LLC
☐ Affects Plaza Convalescent Center LP
☐ Affects Plaza Healthcare Center LLC
☐ Affects RRT Enterprises LP
☐ Affects Sheraton Healthcare Center LLC
☐ Affects South Healthcare Center LLC
☐ Affects Westwood Healthcare Center LLC
☐ Affects Westwood Healthcare Center LP
☐ Affects Wilshire Healthcare Center LLC

    Debtors and Debtors in Possession.

) Lead Case No.: 8:14-bk-11335-TA
)
) Jointly administered with:
) Case No. 8:14-bk-11337-TA
) Case No. 8:14-bk-11358-TA
) Case No. 8:14-bk-11359-TA
) Case No. 8:14-bk-11360-TA
) Case No. 8:14-bk-11361-TA
) Case No. 8:14-bk-11362-TA
) Case No. 8:14-bk-11363-TA
) Case No. 8:14-bk-11364-TA
) Case No. 8:14-bk-11365-TA
) Case No. 8:14-bk-11366-TA
) Case No. 8:14-bk-11367-TA
) Case No. 8:14-bk-11368-TA
) Case No. 8:14-bk-11370-TA
) Case No. 8:14-bk-11371-TA
) Case No. 8:14-bk-11372-TA
) Case No. 8:14-bk-11373-TA
) Case No. 8:14-bk-11375-TA
) Case No. 8:14-bk-11376-TA
) Chapter 11 Cases
)
) **ORDER CONTINUING HEARING ON MOTION FOR ENTRY OF FINAL DECREE CLOSING REORGANIZED DEBTORS' CHAPTER 11 CASES**
)
) Date:    June 28, 2023
) Time:    10:00 am
) Place:    Courtroom "5B"
)            411 West Fourth Street
)            Santa Ana, CA 92701
)            Zoom Appearances
)

1

The Court, having reviewed the motion filed as Docket No. 3001 by Plaza Healthcare Center LLC (Lead Case No. 8:14-bk-11335-TA), along with all of the other eighteen jointly administered and affiliated reorganized debtors in the above-captioned, jointly administered, chapter 11 bankruptcy cases (the "Reorganized Debtors") to continue the hearing scheduled for June 28, 2023, at 10:00 a.m., on the *Motion for Entry Of Final Decrees Closing Debtors' Chapter 11 Cases* filed as Docket Number 2630 (the "Final Decree Motion"), and good cause appearing, hereby orders:

1. The hearing scheduled for June 28, 2023, at 10:00 a.m., on the Final Decree Motion is continued to December 13, 2023, at 10:00 a.m.

2. Two weeks prior to the continued hearing, the Reorganized Debtors shall file a written status report with the Court advising the Court as to the progress of these chapter 11 bankruptcy cases.

###

Date: June 27, 2023

Theodor C. Albert
United States Bankruptcy Judge

2