# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re: Plaza Healthcare Center, LLC

Debtor(s)

Case No. 14-11335

Lead Case No. 14-11335

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2023

Petition Date: 03/04/2014

Plan Confirmed Date: 10/03/2017

Plan Effective Date: 10/18/2017

This Post-confirmation Report relates to: ● Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Lindsey L. Smith
Signature of Responsible Party

07/31/2023
Date

Lindsey L. Smith
Printed Name of Responsible Party

2818 La Cienega Ave., Los Angeles, CA 90034
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Plaza Healthcare Center, LLC                                                                                                  Case No. 14-11335

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $3,821,978 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $3,821,978 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $4,572,889 | $0 | $4,572,889 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Levene, Neale, Bender et al. | Lead Counsel | $0 | $4,572,889 | $0 | $4,572,889 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| Debtor's Name | Plaza Healthcare Center, LLC | | | | Case No. | 14-11335 |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

Debtor's Name Plaza Healthcare Center, LLC    Case No. 14-11335

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,589,168 | $0 | $1,589,168 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Corleto, Ackerman et al. | Special Counsel | $0 | $631,487 | $0 | $631,487 |
| | ii | Hooper, Lundy et al | Special Counsel | $0 | $587,133 | $0 | $587,133 |
| | iii | NSBN LLP | Financial Professional | $0 | $9,639 | $0 | $9,639 |
| | iv | Oz Law Group, Inc. | Special Counsel | $0 | $48,007 | $0 | $48,007 |
| | v | Wilson Getty LLP | Special Counsel | $0 | $141,315 | $0 | $141,315 |
| | vi | Sanders Rehaste et al | Special Counsel | $0 | $71,587 | $0 | $71,587 |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name Plaza Healthcare Center, LLC                                               Case No. 14-11335

|      |        |                     |                        |     |           |     |           |
|------|--------|---------------------|------------------------|-----|-----------|-----|-----------|
|      | vii    | JHC Consulting, Inc.| Financial Professional | $0  | $100,000  | $0  | $100,000  |
|      | viii   |                     |                        |     |           |     |           |
|      | ix     |                     |                        |     |           |     |           |
|      | x      |                     |                        |     |           |     |           |
|      | xi     |                     |                        |     |           |     |           |
|      | xii    |                     |                        |     |           |     |           |
|      | xiii   |                     |                        |     |           |     |           |
|      | xiv    |                     |                        |     |           |     |           |
|      | xv     |                     |                        |     |           |     |           |
|      | xvi    |                     |                        |     |           |     |           |
|      | xvii   |                     |                        |     |           |     |           |
|      | xviii  |                     |                        |     |           |     |           |
|      | xix    |                     |                        |     |           |     |           |
|      | xx     |                     |                        |     |           |     |           |
|      | xxi    |                     |                        |     |           |     |           |
|      | xxii   |                     |                        |     |           |     |           |
|      | xxiii  |                     |                        |     |           |     |           |
|      | xxiv   |                     |                        |     |           |     |           |
|      | xxv    |                     |                        |     |           |     |           |
|      | xxvi   |                     |                        |     |           |     |           |
|      | xxvii  |                     |                        |     |           |     |           |
|      | xxviii |                     |                        |     |           |     |           |
|      | xxix   |                     |                        |     |           |     |           |
|      | xxx    |                     |                        |     |           |     |           |
|      | xxxi   |                     |                        |     |           |     |           |
|      | xxxii  |                     |                        |     |           |     |           |
|      | xxxiii |                     |                        |     |           |     |           |
|      | xxxiv  |                     |                        |     |           |     |           |
|      | xxxv   |                     |                        |     |           |     |           |
|      | xxxvi  |                     |                        |     |           |     |           |
|      | xxxvii |                     |                        |     |           |     |           |
|      | xxxvii |                     |                        |     |           |     |           |
|      | xxxix  |                     |                        |     |           |     |           |
|      | xl     |                     |                        |     |           |     |           |
|      | xli    |                     |                        |     |           |     |           |
|      | xlii   |                     |                        |     |           |     |           |
|      | xliii  |                     |                        |     |           |     |           |
|      | xliv   |                     |                        |     |           |     |           |
|      | xlv    |                     |                        |     |           |     |           |
|      | xlvi   |                     |                        |     |           |     |           |
|      | xlvii  |                     |                        |     |           |     |           |
|      | xlviii |                     |                        |     |           |     |           |

Debtor's Name Plaza Healthcare Center, LLC    Case No. 14-11335

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| xlix |  |  |  |  |  |
| l |  |  |  |  |  |
| li |  |  |  |  |  |
| lii |  |  |  |  |  |
| liii |  |  |  |  |  |
| liv |  |  |  |  |  |
| lv |  |  |  |  |  |
| lvi |  |  |  |  |  |
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |
| lxxii |  |  |  |  |  |
| lxxiii |  |  |  |  |  |
| lxxiv |  |  |  |  |  |
| lxxv |  |  |  |  |  |
| lxxvi |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxviii |  |  |  |  |  |
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |

Debtor's Name Plaza Healthcare Center, LLC        Case No. 14-11335

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $6,162,058 | $0 | $6,162,058 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,549,764 | $0 | $1,549,764 | $1,549,764 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $66,957 | $0 | $66,957 | $66,957 | 100% |
| d. General unsecured claims | $2,348,347 | $0 | $2,523,347 | $8,133,485 | 31% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:    12/13/2023

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

Debtor's Name Plaza Healthcare Center, LLC                                                                              Case No. 14-11335

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Lindsey L. Smith | Lindsey L. Smith |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Attorney for Debtor | 07/31/2023 |
| Title | Date |

Debtor's Name Plaza Healthcare Center, LLC    Case No. 14-11335


Page 1

Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)    9

Debtor's Name Plaza Healthcare Center, LLC    Case No. 14-11335



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page